# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

| | |
|---|---|
| JAIMEE SEITZ, individually, and as administrator of the Estate of AUDREE HEINE,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION et al,<br><br>Defendants. | Civil Case No. 2:25-cv-00166-DLB-CJS |

## JOINT STATUS REPORT

Pursuant to the Court's February 9, 2026, and March 18, 2026, orders, *see* ECF Nos. 41, 48, Plaintiff Jamiee Seitz and Defendants Roblox Corporation, Discord Inc., and TikTok LLC and ByteDance Inc. ("TikTok Defendants"), through the undersigned counsel, submit this Joint Status Report regarding the status of the Multidistrict Litigations (MDL Nos. 3047, 3166).

On February 2, 2026, the Clerk of the Panel on Multidistrict Litigation declined to add this case to MDL No. 3166 in response to Plaintiff's notice of tag-along action. MDL No. 3166, ECF No. 117.

On February 9, 2026, the Clerk of the Panel on Multidistrict Litigation declined to add this case to MDL No. 3047 in response to the TikTok Defendants' notice of tag-along action. MDL No. 3047, ECF No. 673.

On February 20, 2026, the TikTok Defendants filed a motion with the Judicial Panel on Multidistrict Litigation to transfer this action, *Seitz v. Roblox Corporation et al.*, No. 2:25-cv-00166-DLB-CJS, to the United States District Court for the Northern District of California for inclusion in MDL No. 3047. That motion, which was opposed, remains pending.

On March 16, 2026, Plaintiff filed a motion to transfer this action to MDL No. 3166 pursuant to 28 U.S.C. 1407.  *See* MDL No. 3166, ECF No. 127.  On April 7, 2026, Defendants filed an opposition to Plaintiff's Motion to Transfer the above-captioned case to MDL No. 3166.  *See* MDL No. 3166, ECF No. 136.  Plaintiff's reply, if any, is due by April 14, 2026.  That motion remains pending.

Dated: April 10, 2026

Respectfully submitted,

*By: /s/ Tiana Demas*

Tiana Demas (pro hac vice)
**Cooley LLP**
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone:    +1 312 881 6500
Facsimile:    +1 312 881 6598
tdemas@cooley.com

Max A. Bernstein (pro hac vice)
Ryan C. Stevens (pro hac vice)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    +1 415-693-2000
Facsimile:    +1 415-693-2222
mbernstein@cooley.com
rstevens@cooley.com

Bruce Benjamin Paul
Mitchel Terence Denham
**McBrayer PLLC - Louisville**
500 W. Jefferson Street, Suite 2400
Louisville, KY 40202
Telephone:    +502 783 6245
bpaul@mcbrayerfirm.com
mdenham@mcbrayerfirm.com

Attorneys for Defendant
ROBLOX CORPORATION

Dated: April 10, 2026

By: /s/ D. Patrick Huyett

D. Patrick Huyett (pro hac vice)
Kristen Feden (pro hac vice)
Alexandra M. Walsh (pro hac vice)
**Anapol Weiss**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211
awalsh@anapolweiss.com
kfeden@anapolweiss.com
phuyett@anapolweiss.com

Tad Thomas (KY 88577)
J. Nicholas Thompson (KY 99750)
**Thomas Law Offices**
9418 Norton Commons Blvd.
Louisville, KY 40059
tad@thomaslawoffices.com
nick.thompson@thomaslawoffices.com
Telephone: (502) 466-2637

Davis Cooper (pro hac vice)
Joseph Masterman (pro hac vice)
**Cooper Masterman, PLLC**
1717 Pennsylvania Ave., NW, Suite 1025
Washington, DC 20006
Telephone: 202-866-0171
davis@coopermasterman.com
joe@coopermasterman.com

Attorneys for Plaintiff Jaimee SEITZ,
individually, and as administrator of the Estate
of Audree Heine

- 3 -

Dated: April 10, 2026

By: /s/ Adam S. Sieff

Adam S. Sieff (pro hac vice forthcoming)
**Davis Wright Tremaine LLP - CA**
350 Grand Avenue, 27th Floor
Los Angeles, CA 90017
213-633-6800
adamsieff@dwt.com

Attorney for Defendant
DISCORD, INC.


Dated: April 10, 2026

By: /s/ Jessica P. Corley

Jessica P. Corley
**King & Spalding LLP**
1180 Peachtree Street, NE, Ste. 1600
Atlanta, GA 30309
Telephone: +1 404-572-4600
jpcorley@kslaw.com

Attorney for Defendants TIKTOK LLC and
BYTEDANCE INC.