**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

| | |
|---|---|
| JAIMEE SEITZ, individually, and as personal representative of AUDREE HEINE, a minor,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION, DISCORD INC., TIKTOK LLC, TIKTOK INC., AND BYTEDANCE INC.,<br><br>Defendants. | Civil Case No. 2:25-cv-00166-DLB-CJS |

**DEFENDANT DISCORD INC.'S**
**MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Discord Inc. respectfully moves the Court to grant Discord's Motion to Dismiss.

The grounds for this Motion are set forth in the accompanying Memorandum in Support. A proposed order is also filed concurrently.

Respectfully submitted,

*Palmer G. Vance II*
Palmer G. Vance II
Lilian Williams Ball
STOLL KEENON OGDEN PLLC
300 W. Vine Street, Suite 2100
Lexington, KY 40507
Telephone: 859.231.3000
Facsimile: 859.253.1093
Email: Gene.Vance@skofirm.com
Email: Lilian.Ball@skofirm.com

AND

Ambika Kumar
Xiang Li
Sara Fairchild
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206.622.3150
Email: ambikakumar@dwt.com
Email: xiangli@dwt.com
Email: sarafairchild@dwt.com

Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: 213.633.6800
Email: adamsieff@dwt.com

Azeezat Adeleke
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: 202.973.4200
Email: azeezatadeleke@dwt.com

COUNSEL FOR DEFENDANT,
DISCORD INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Court's ECF system on the 7th day of August 2026, which serves an electronic copy to the following:

Tad Thomas
J. Nicholas Thompson
THOMAS LAW OFFICES
9418 Norton Commons Blvd., Ste. 200
Louisville, KY 40059

Alexandra M. Walsh
Kristen Feden
D. Patrick Huyett
ANAPOL WEISS
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103

Davis Cooper
Joseph Masterman
COOPER MASTERMAN
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
ATTORNEYS FOR PLAINTIFF

Bruce Benjamin Paul
Mitchel Terence Denham
MCBRAYER PLLC
500 W. Jefferson Street Suite 2400
Louisville, KY 40202

Tiana Demas
Max A. Bernstein
Thomas P. Peabody
Jamie D. Robertson
COOLEY LLP
110 N. Wacker Drive Suite 4200
Chicago, IL 60606
ATTORNEYS FOR DEFENDANT ROBLOX CORPORATION

David Mattern
Geoffrey M. Drake
Jessica P. Corley
Micha Nandaraj Gallo
Thomas Spiegler
KING & SPALDING LLP
1180 Peachtree Street N.E. Suite 1600
Atlanta, GA 30309

Lori E. Hammond
FBT GIBBONS LLP
400 W. Market Street Suite 3200
Louisville, KY 40202
ATTORNEYS FOR DEFENDANTS TIKTOK LLC, TIKTOK INC., and BYTEDANCE INC.

/s/ *Palmer G. Vance II*
COUNSEL FOR DEFENDANT,
DISCORD INC.