**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| JAIMEE SEITZ, individually, and as administrator of the Estate of AUDREE HEINE,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION, DISCORD INC., TIKTOK LLC, TIKTOK INC., AND BYTEDANCE INC.,<br><br>Defendants. | Civil Case No. 2:25-cv-00166-DLB-CJS<br><br>Judge David L. Bunning |

**DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S MOTION TO COMPEL ARBITRATION**

I, Ronita Jit, declare as follows:

1. I am a Senior Litigation Paralegal, Litigation & Legal Operations, at Roblox Corporation ("Roblox"). Since January 31, 2023, I have been responsible for supporting litigation needs, including assisting with discovery, responding to subpoenas, and conducting dispute-related investigations. Through that work, I am familiar with the systems and records that, among other things, relate to user account activity. I make the statements in this declaration based on my personal knowledge of the matters set forth below and based upon my review of records maintained in the ordinary course of business. If called as a witness, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of Roblox's Motion to Compel Arbitration, filed concurrently herewith.

3. I have reviewed the complaint filed by Jaimee Seitz ("Plaintiff") on December 2, 2025 in the United States District Court Eastern District of Kentucky. *See* Dkt. No. 19, Amended Complaint Against Roblox Corporation, et al. ("Complaint"). I understand that Plaintiff brings this suit on behalf of herself and in her capacity as personal representative of her daughter, Audree Heine, who passed away in December 2024, when she was 13 years old. Compl. at 1; *id.* ¶ 215.

4. I understand based on information provided by Plaintiff's counsel that Audree Heine's Roblox username was "XxAudi_2011xX."

5. Using this information, I searched Roblox's records for details of the XxAudi_2011xX account's activity on the platform. The unique user ID associated with the XxAudi_2011xX account is 1576819138 ("Account 1").

6. I reviewed Roblox's records associated with the username for Account 1 (the "Records"). Review of the Records show Account 1 was created on April 18, 2020.

7. Roblox users have the option to associate an email address with their Roblox account. Through my search of the Records, I determined Account 1 was linked to the email addresses [redacted]@yahoo.com and [redacted]@gmail.com on November 24, 2020, and February 13, 2021, respectively. I understand from publicly available sources that Brad Heine is Audree Heine's father. *See, e.g.*, https://nkytribune.com/obituaries-2/audree-megan-heine/ (last accessed August 7, 2026). Once these email addresses were linked to Account 1, Roblox sent verification emails to both email addresses. Below in *Figure 1* is a true and accurate screenshot of a verification email that would have been sent to email addresses linked to Roblox accounts in 2020 and 2021. According to Roblox's records, the [redacted]@gmail.com email account was verified approximately two minutes after it was added to Account 1. This means that the recipient of Roblox's communication affirmatively clicked the "Verify Email" button to confirm that they wanted to add the [redacted]@gmail.com email address to Account 1.



ROBLOX

**Roblox Email Verification**

Hello,
Thanks for choosing to secure your Roblox account [redacted] by providing an email address.
If you submitted this request, please click the button below to complete the verification process:

Verify Email

Thank You,
**The Roblox Team**

Do not reply to this email directly. You are receiving this email because there has been an attempt to verify a Roblox account with your email. If you did not make this request, please disregard this email.
Account safety | Support

*Figure 1.*

8. On November 24, 2020, Account 1 was also linked to an email address containing

Audree Heine's name and the domain for a school: [redacted]

9. I conducted an additional search on Roblox's systems for other Roblox profiles and email addresses associated with Account 1 and the above email addresses. Based on that search, I identified another Roblox account associated with the email address [redacted]@gmail.com: "twistedpandora12658" ("Account 2"). Account 2 was created on July 28, 2019.

10. True and correct copies of the portions of the Records relied on in this Motion are attached as **Exhibit A**. These Records include: (1) basic user information, (2) billing information related to purchases of Robux from Account 1; (3) detailed transaction history for certain transactions for which Roblox has additional billing information; (4) emails associated with Account 1; (5) records of acceptances of Roblox's Terms of Use on Account 1; (6) records of purchased and redeemed gift cards on Account 1; (7) Parental Pin records associated with Account 1; and (8) records of game sessions played on Account 1.

**A. AGREEMENT TO ROBLOX'S TERMS OF USE OF THROUGH ACCOUNT CREATION**

**11.** Users are required to create an account on Roblox's registration page before they can use the Roblox platform, access any Roblox services, and/or redeem Robux. As part of the registration process, users are required to agree to the Roblox Terms of Use ("Terms"), which include an arbitration agreement.

**12.** In order to access the platform at all times between April 18, 2020—the date Account 1 was created—through December 2024, when Audree Heine passed away, a user would have had to create an account. According to Roblox's records, Account 1 was created on a mobile phone.

**13.** To create Account 1, the user was required to provide a username and password, as well as a birth date. The user also needed to affirmatively click a button reading "Sign Up."

Prominently displayed below the Sign Up button was a notice indicating that, by clicking the "Sign Up" button, the user agreed to Roblox's Terms of Use and acknowledged Roblox's Privacy Policy. The notice appeared in a white font that contrasted against the black webpage background.

**14.** The specific references to the Terms were hyperlinked, so that users could click the hyperlink to access the Terms then in effect.

**15.** Below is a true and accurate screenshot of the aforementioned registration page in effect on mobile devices on the date Account 1 (XxAudi_2011xX) was created:




*Figure 2*

**16.** The hyperlink to the Terms led to Roblox's Terms then in effect, which contained

notice in italicized font that the user is agreeing to Roblox's arbitration provision. True and correct copies of the Roblox Terms in effect at all relevant times are attached as **Exhibit B** (March 3, 2020); **Exhibit C** (January 24, 2022 Terms); **Exhibit D** (June 23, 2022 Terms); **Exhibit E** (August 1, 2023 Terms); **Exhibit F** (February 15, 2024 Terms); **Exhibit G** (June 12, 2024 Terms); and **Exhibit H** (November 6, 2024 Terms).

## B. AGREEMENT TO ROBLOX'S UPDATED TERMS SINCE ACCOUNT CREATION

**17.** Roblox periodically updates its Terms. Before material updates to Roblox's Terms go into effect, Roblox notifies users (1) via an on-platform message sent directly to every Roblox user's "Messages" page contained within their Roblox accounts; and (2) via an on-platform blocker card requiring affirmative acceptance (effective after August 2023, as discussed below). Users must accept the updated Terms to continue using Roblox. Roblox made material updates to the Terms on: March 3, 2020; January 24, 2022; June 23, 2022; August 1, 2023; February 15, 2024; June 12, 2024; and November 6, 2024.

### *i. Roblox provides timely messages to users when updating its Terms*

**18.** One month before the effective date of any updates to the Terms that Roblox deems material, Roblox notifies users via the Messages page of their accounts. The delivery of such communications is emphasized with a "jewel notification" on their Messages page. Jewel Notifications are a specific way that certain notification messages are emphasized on the Roblox platform. The Jewel icon is a visual indicator or emphasis on the message. The Jewel icon is designed to draw the user's attention, signaling that the message is important. A Jewel Notification will appear on the user's messages page and makes the message stand out from other messages.

**19.** Beginning in at least August 2023, users were notified that they, or their parent or guardian if they were a minor, would need to agree to the updated Terms to continue using Roblox

but that they could close their account before the updates went into effect if they did not agree.

**20.** Below is a true and accurate screenshot of the Terms update message sent to users one month before the August 1, 2023 updated Terms went into effect. A similar message was sent to users one month ahead of the February 15, 2024, June 12, 2024, and November 6, 2024, material updates.

> **Updates to Roblox Terms of Use**
>
> Hello!
> Today we are sharing planned updates to our Terms of Use and Privacy Policy. You can review the updated Terms of Use here and the Privacy Policy here. Beginning on August 1, 2023, you - or if you are a minor, your parent/guardian - will need to agree to the updated Terms of Use in order to continue using Roblox.
>
> Please take some time to review these important legal documents, and if you are a minor, share them with your parent/guardian. If you do not agree, you can close your Roblox account(s) before these updates go into effect.
>
> Thank you,
>
> The Roblox Team

*Figure 3 - August 2023 update message*

***ii. Agreement to Roblox's updated Terms via pop-up notifications***

**21.** Since at least August 2023, and in addition to the messages described above, when users are notified of material updates to the Terms via the on-platform blocker card, they receive a pop-up notification when they access the Roblox platform.

**22.** The pop-up notifications include a hyperlink to the updated Terms and require users to click "I Agree" to accept those updated Terms and continue using Roblox. The pop-up notification also requests that minors show the notification to their parents or guardians.

**23.** Below at Figure 4 is a true and accurate screenshot of the Terms update message sent on February 15, 2024, June 12, 2024, and November 6, 2024 that would have been shown to

a user accessing Roblox through their web browser. Below at Figure 5 is a true and accurate screenshot of the Terms update message sent on February 15, 2024, June 12, 2024 and November 6, 2024 that would have been shown to a player accessing Roblox through their mobile app.




*Figure 4 – Terms Update Message (Web)*




*Figure 5 – Terms Update Message (Mobile App)*

**24.** Roblox's records show that such pop-up notifications were accepted by Account 1 for the Terms updates that went into effect on March 3, 2020; January 24, 2022; June 23, 2022; August 1, 2023; February 15, 2024; June 12, 2024; and November 6, 2024. Users are required to accept these terms to continue using their Roblox account.

**25.** At all relevant times, the updated Terms referenced by the relevant pop-up notifications contained arbitration provisions and notices of such provisions in bold font. True and correct copies of these updated Terms then in effect are attached as **Exhibits B-H**.

**26.** At all relevant times, the Arbitration Agreement also contained an "Opt-Out" provision that allowed users to "opt out of the Arbitration Terms within 30 days of using the Services for the first time, and User may opt out of any material changes to the Arbitration Terms within 30 days after Roblox gives notice of those changes (unless a longer period is required by applicable law)." To opt out of the Arbitration Terms, Users were required to "send a notice titled 'Arbitration Opt-Out Notice' to Roblox Corporation, Legal Department, 970 Park Place, Suite 100, San Mateo, CA 94403 by certified U.S. Mail or by Federal Express (or international equivalent)."

**27.** Roblox's Records indicate that Roblox never received an "Opt-Out" notice from Plaintiff, her parents, or anyone in connection with Account 1 or Account 2. No opt-out notice was received from any email addresses or phone numbers associated with these accounts, either.

### C. THE RECORDS SUGGEST PARENT INVOLVEMENT MANAGING AUDREE'S ACCOUNT

#### *i. Audree's Parent Configured a Parental Pin*

**28.** The following is based on my firsthand knowledge and my familiarity with Roblox's systems as informed by others at the Company. The Records indicate a parent PIN was enabled on Account 1 (XxAudi_2011xX) account on February 15, 2021 at approximately 6:29 pm

PT and was later disabled that same day at approximately 8:56 pm PT. While enabled, a Roblox parent PIN allowed parents to set and lock certain account settings such that the minor user of the account (i.e., their child) could not change those settings without the PIN. I understand that Plaintiff alleges she implemented parental controls on her daughter's accounts. Compl. ¶ 216 ("Plaintiff set parental controls on Audree's accounts[.]").

*ii.* ***Gift Card Purchases Bind the Purchaser to Roblox's Terms***

**29.** Roblox sells physical and electronic gift cards (previously known as "game cards") that may be redeemed for Robux ("Roblox Gift Cards"). Roblox Gift Cards are available for purchase at major retailers in the United States, such as 7-Eleven, Walmart, Target, Amazon and Rite Aid Pharmacy, among others. A review of the Records show that Roblox Gift Cards were redeemed nine times on Account 1 between December 11, 2020 and July 23, 2024. True and correct copies of those Records are attached as Exhibit A.

**30.** From April 24, 2023 to the present, Roblox has included the following language on the backs of all Roblox Gift Cards: "By purchasing, accepting or redeeming this card, you (or your parent or guardian if you are under 18 years old) agree to these terms and conditions and the Roblox Terms of Use (available at www.roblox.com/termsofuse), which are both subject to change."

**31.** At least two of the Roblox Gift Cards redeemed by Account 1 contained the language referenced in the preceding paragraph. True and correct copies of the art for the Gift Cards redeemed by Account 1 on June 25, 2024 and July 23, 2024 are attached as **Exhibit I** and **Exhibit J**, respectively.

*iii.* ***Gift Card Redemptions Bind the Redeemer to Roblox's Terms***

**32.** Each Roblox Gift Card has a unique redemption code. The redemption code can only be used after logging into a Roblox account on the Roblox website. After logging in, the user must visit "www.roblox.com/redeem" to redeem their gift card. This redemption webpage can

only be accessed through a standard internet browser. Roblox Gift Cards cannot be redeemed on gaming consoles, such as Xbox.

**33.** Between September 29, 2021, and April 4, 2023, the www.roblox.com/redeem webpage included a field for entering the user's Roblox Gift Card redemption code, a button that says "Redeem," and language alerting the user that redeeming a code requires acceptance of Gift Card Terms & Conditions and Roblox's Terms of Use, including an arbitration clause, by a person who is 18 years old. I attest that Figure 6 below is a true and accurate screenshot of the aforementioned disclosure:




*Figure 6.*

**34.** Between April 5, 2023, and December 4, 2024, the www.roblox.com/redeem webpage included a field for entering the user's Roblox Gift Card redemption code, a button that says "Redeem," and language alerting the user that redeeming a code requires acceptance of Roblox's Terms of Use, including an arbitration clause, by a person who is 18 years old. I attest that Figure 7 below is a true and accurate screenshot of the aforementioned disclosure:




*Figure 7.*

**35.** Account 1 redeemed five Roblox Gift Cards between August 2021 and December 2024.

### *iv. **Purchasing Robux Binds the Purchaser to Roblox's Terms***

**36.** I have also developed personal knowledge of the systems, databases, and records pertaining to user account purchase activity on the Roblox platform through discussions with employees responsible for that work at Roblox. To capture this data, I understand that the team creates a Roblox account and records the purchase experience.

**37.** The Records included information related to purchases of Robux on the Roblox Platform by Account 1. At least 19 purchases of Robux from April 24, 2020 to July 23, 2024 were made by Account 1. *See* Ex. A. As set forth below, at all relevant times a purchaser of Robux agreed to the Terms. Before January 2023, Robux payments were made through a processor (Xsolla); after January 2023, payments were made through another processor (Stripe). Regardless of the timeframe, purchasers received multiple notifications that payment constitutes acceptance of Roblox's Terms: in executing the payments (at all relevant times), in navigating to the Buy

Robux page (from at least 2022 to the present); and, for mobile app users, through a pre-payment disclosure screen (from at least late 2022 to December 4, 2024).

**38.** More specifically, before January 3, 2023, one-time credit or debit card payments made through the Roblox website were processed through Xsolla. Users were presented with a screen containing a disclosure stating:

> By submitting payment information you acknowledge that you are at least 18 years old, and that you have read, understood and agree to be bound by Xsolla's End-User License Agreement, Privacy Policy, Refund Policy, Roblox Terms including the arbitration clause, and Roblox Privacy Policy, along with the applicable refund and cancellation policies.

**39.** The phrase "Roblox Terms" appeared in underlined blue font on a white background and was hyperlinked to the then-current version of the Terms, which could be found on the Roblox website. To complete the Robux purchase, users were required to enter their payment information and submit it by clicking a button labeled "Pay now." A true and accurate copy of a screenshot of this screen is depicted in Figure 8 below:




*Figure 8.*

**40.** In addition, from at least late 2022 to the present, to purchase Robux—whether as a one-time purchase or via a Premium membership subscription—a user must first navigate to the Buy Robux page. The following disclosure, applicable to both one-time and Premium purchases, appears at the bottom of the web version of the Buy Robux page:

> When you buy Robux you receive only a limited, non-refundable, non-transferable, revocable license to use Robux, which has no value in real currency. By selecting the Premium subscription package, (1) you agree that you are over 18 and that you authorize us to charge your account every month until you cancel the subscription, and (2) you represent that you understand and agree to the Terms of Use, which includes an agreement to arbitrate any

> dispute between you and Roblox, and Privacy Policy. You can cancel at any time by clicking "Cancel subscription" on the billing tab of the setting page. If you cancel, you will still be charged for the current billing period. See **Terms of Use** for other limitations.

**41.** From January 2023 to June 18, 2025, for purchases made on a web browser, after selecting the desired package, the user is shown a payment method selection page displaying: (i) the name of the chosen package, and (ii) its cost. Payments for one-time Robux purchases are processed by Stripe. For credit/debit card payments, the user is presented with several prominent disclosures prior to entering billing information. Specifically, on the left side of the screen, the user is shown: (i) the purchase price (in bold); (ii) the selected item; (iii) the quantity; (iv) the subtotal (before tax); (v) the applicable tax (if the user enters their address); and (vi) the total amount due. The user is also informed that the transaction is "powered by Stripe" and is presented with conspicuous links to (a) the legal Terms, and (b) the Privacy Policy governing the transaction.

**42.** On the right side of the screen, in close proximity to the large green "Pay" button that the user must click to complete the purchase, the following disclosure currently appears: "By submitting payment information you acknowledge that you are at least 18 years old, and that you agree to Roblox Terms and Privacy Policy, including the arbitration clause and revocation policy." The words "Roblox Terms" appear as bolded blue hyperlinked text linking to the then-current Roblox Terms of Use. I attest that Figure 9 belows is a true and accurate screenshot of the aforementioned disclosure:




*Figure 9*

**43.** From at least late 2022 to December 4, 2024, for purchases made on a mobile device, the user was presented with disclosures substantially similar to those in the web browser flow. On the initial screen, the following disclosure appeared at the top of the screen: "By purchasing Robux, you agree to our Terms of Use and Privacy Policy, including the arbitration clause and revocation policy. You consent to the immediate performance of the contract and acknowledge that you thereby lose your right of withdrawal." The words "Terms of Use" were

bolded and underlined and linked to the then-current Roblox Terms. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




*Figure 10*

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed August 7, 2026 in San Mateo, California.

*Ronita Jit Camarena*

Ronita Jit