# EXHIBIT A

User Information for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| user_id | user_name | display_name | description | date_of_birth | created_utc |
|---|---|---|---|---|---|
| 1576819138 | XxAudi_2011xX | aud | BRB | [redacted] | 4/18/2020 14:28 |

# Billing Information for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | user_id | provider_payment_id | type | timestamp_utc | status | product_name | payment_method | currency_code | amount | is_recurring | recurring_schedule_id |
| 2 | 1576819138 | ct-6d76eb6c-7024-4940-b053-6656f8f472c9 | Charge | 7/23/2024 18:04 | Succeeded | 800 Robux | CreditBalance | USD | 9.99 | FALSE | |
| 3 | 1576819138 | ct-4f445c20-5ebb-4e24-bf43-d458cb684783 | Charge | 6/25/2024 20:13 | Succeeded | Roblox Credit Redemption | CreditBalance | USD | 0.01 | FALSE | |
| 4 | 1576819138 | ct-d35a3667-333a-4025-9b59-c93850614d86 | Charge | 6/25/2024 20:13 | Succeeded | 800 Robux | CreditBalance | USD | 9.99 | FALSE | |
| 5 | 1576819138 | xsolla-1325381879 | Charge | 1/1/2024 21:50 | Succeeded | 400 Robux | Xsolla | USD | 4.99 | FALSE | |
| 6 | 1576819138 | legacy_1463274073 | Charge | 5/17/2022 16:21 | Succeeded | Roblox Credit Redemption | CreditBalance | USD | 20 | FALSE | |

Ex. A-3

# Billing Information for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 1576819138 | legacy_1272600976 | Charge | 12/25/2021 13:30 | Succeeded | Roblox Credit Redemption | CreditBalance | USD | 25 | FALSE | |
| 8 | 1576819138 | legacy_1221728496 | Charge | 11/20/2021 23:31 | Succeeded | Roblox Credit Redemption | CreditBalance | USD | 25 | FALSE | |
| 9 | 1576819138 | legacy_1060358760 | Charge | 7/17/2021 22:52 | Succeeded | Roblox Credit Redemption | CreditBalance | USD | 15 | FALSE | |
| 10 | 1576819138 | legacy_928439602 | Charge | 4/11/2021 14:21 | Succeeded | Roblox Credit Redemption | CreditBalance | USD | 25 | FALSE | |
| 11 | 1576819138 | legacy_881134607 | Charge | 3/12/2021 19:08 | Succeeded | Roblox Credit Redemption | CreditBalance | USD | 10 | FALSE | |
| 12 | 1576819138 | legacy-payment-844480705 | Charge | 2/14/2021 16:13 | Succeeded | 1700 Robux | Xsolla | USD | 19.99 | FALSE | |
| 13 | 1576819138 | legacy_802081724 | Charge | 1/11/2021 16:16 | Error | Roblox Premium 450 | CreditBalance | USD | 4.99 | TRUE | \x54e3d264fae14ad2b39dc926d5f5dcfc |

# Billing Information for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 1576819138 | legacy_753059124 | Charge | 12/15/2020 15:58 | Succeeded | Roblox Credit Redemption | CreditBalance | USD | 0.02 | FALSE | |
| 15 | 1576819138 | legacy_750709451 | Charge | 12/13/2020 22:48 | Succeeded | Premium 440 Robux | CreditBalance | USD | 4.99 | FALSE | |
| 16 | 1576819138 | legacy_747904367 | Charge | 12/11/2020 15:52 | Succeeded | Roblox Premium 450 | CreditBalance | USD | 4.99 | TRUE | \x54e3d264fae14ad2b39dc926d5f5dcfc |
| 17 | 1576819138 | legacy-payment-531456783 | Charge | 5/31/2020 21:59 | Succeeded | Roblox Premium 450 | GooglePlayStore | USD | 4.99 | TRUE | \x61b6516e9dd9459bb87f7890307e124e |
| 18 | 1576819138 | legacy-payment-501414026 | Charge | 5/3/2020 0:08 | Succeeded | 80 Robux | GooglePlayStore | USD | 0.99 | FALSE | |
| 19 | 1576819138 | legacy-payment-501401657 | Charge | 5/2/2020 23:55 | Succeeded | 80 Robux | GooglePlayStore | USD | 0.99 | FALSE | |
| 20 | 1576819138 | legacy-payment-501138818 | Charge | 5/2/2020 19:46 | Succeeded | 80 Robux | GooglePlayStore | USD | 0.99 | FALSE | |

Billing Information for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 1576819138 | legacy-payment-492616527 | Charge | 4/24/2020 22:08 | Succeeded | 800 Robux | GooglePlayStore | USD | 9.99 | FALSE | |

Billing Information for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|
| 1 | full_name | email | postal_code | country | state | city | credit_card_first_digits | credit_card_last_digits |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | XxAudi_2011xX | [redacted]@gmail.com | | | | | | |
| 6 | | | | | | | | |

Billing Information for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |

Billing Information for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |

Billing Information for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|
| 21 | | | | | | | | |

Detailed Transaction History for Certain Transactions on Roblox Account XxAudi_2011xX (User ID: 1576819138)

| Payment Method | Unit Price | Currency | Order Created | Billing Email | Payment IP | Payment Location | Last 4 digits of CC |
|---|---|---|---|---|---|---|---|
| Xsolla | 4.99 | USD | 01/01/2024 21:50:13 UTC | [redacted]@gmail.com | 74.215.220.234 | US | *0321 |
| Xsolla | 19.99 | USD | 02/14/2021 16:12:03 UTC | [redacted]@gmail.com | 74.128.168.166 | US | *7702 |
| GooglePlayStore | 4.99 | USD | 05/31/2020 16:59:17 UTC | [redacted]@gmail.com | NA | 41071, KY, US | NA |
| GooglePlayStore | 0.99 | USD | 05/03/2020 00:08:00 UTC | [redacted]@gmail.com | NA | 41071, KY, US | NA |
| GooglePlayStore | 0.99 | USD | 05/02/2020 23:55:47 UTC | [redacted]@gmail.com | NA | 41071, KY, US | NA |
| GooglePlayStore | 0.99 | USD | 05/02/2020 19:46:15 UTC | [redacted]@gmail.com | NA | 41071, KY, US | NA |
| GooglePlayStore | 9.99 | USD | 04/24/2020 22:08:45 UTC | [redacted]@gmail.com | NA | 41071, KY, US | NA |

Email Address Information for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| user_id | email_address | is_verified | is_disabled | email_added_utc | email_last_updated_utc |
|---|---|---|---|---|---|
| 1576819138 | [redacted] | FALSE | FALSE | 11/24/2020 13:28 | 11/24/2020 13:28 |
| 1576819138 | [redacted]@yahoo.com | FALSE | FALSE | 11/24/2020 13:28 | 11/24/2020 13:28 |
| 1576819138 | [redacted]@gmail.com | TRUE | FALSE | 2/13/2021 15:08 | 2/13/2021 15:10 |

Terms of Use Acceptance for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| user_id | acceptance_id | agreement_id | accepted_utc |
|---|---|---|---|
| 1576819138 | 1576819138:460f3c21-e306-4de0-949f-8e263b7210d0 | 460f3c21-e306-4de0-949f-8e263b7210d0 | 11/30/2024 16:39 |
| 1576819138 | 1576819138:05878906-9abb-4d5a-9a45-27ec161286aa | 05878906-9abb-4d5a-9a45-27ec161286aa | 6/17/2024 15:19 |
| 1576819138 | 1576819138:c52851e3-faeb-4853-a597-12e374f8aa98 | c52851e3-faeb-4853-a597-12e374f8aa98 | 2/18/2024 20:57 |
| 1576819138 | 1576819138:91b2d276-92ca-485f-b50d-c3952804cfd6 | 91b2d276-92ca-485f-b50d-c3952804cfd6 | 8/7/2023 22:03 |
| 1576819138 | 1576819138:da2aa0e0-f408-47a3-88a0-0e68b7a8481c | da2aa0e0-f408-47a3-88a0-0e68b7a8481c | 7/6/2022 14:16 |
| 1576819138 | 1576819138:848d8d8f-0e33-4176-bcd9-aa4e22ae7905 | 848d8d8f-0e33-4176-bcd9-aa4e22ae7905 | 3/15/2022 11:30 |

Gift Card Information for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | value | vendor | merchant | redemption_code | created_time | updated_time |
| 2 | 10 | InComm | Dollar General | RIYCJBMWUX7RETRXRN | 2024-07-23T13:04:44Z | 2024-07-23T13:04:44Z |
| 3 | 10 | InComm | Dollar General | RIUXXHNYC7YFVKLV39 | 2024-06-25T15:12:55Z | 2024-06-25T15:12:55Z |
| 4 | 20 | InComm | Dollar General | RIMNEZ9WW7PW210HNZ | 2022-05-17T11:20:39Z | 2022-05-17T11:20:39Z |
| 5 | 25 | Blackhawk | Blackhawk - Unknown Merchant | RB665PN2H6K7TGRW | 2021-12-25T07:30:02Z | 2021-12-25T07:30:02Z |
| 6 | 25 | InComm | Walmart | RIF1RCVQSRT5FZB7SY | 2021-11-20T17:30:58Z | 2021-11-20T17:30:58Z |
| 7 | 15 | InComm | Walmart | RIL9W2GLZVU4TLP9ML | 2021-07-17T17:52:18Z | 2021-07-17T17:52:18Z |
| 8 | 25 | InComm | Walmart | rit4tlmemycwun7a3h | 2021-04-11T09:21:05Z | 2021-04-11T09:21:05Z |
| 9 | 10 | InComm | Dollar General | 9919205444 | 2021-03-12T13:07:17Z | 2021-03-12T13:07:17Z |
| 10 | 10 | InComm | Walmart | 9779232440 | 2020-12-11T09:52:46Z | 2020-12-11T09:52:46Z |

# Parental Pin Information for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| id | publicid | auditid | auditaccountid | auditpinhash | auditisvalid | auditcreated | auditupdated | created | ds |
|---|---|---|---|---|---|---|---|---|---|
| **18546221** | 6116D68B-E380-404F-8EB6-4D31CB8ECD07 | 12684018 | 1573101983 | F3454B16107C4198F2FCB959347A7072D2A864F806739DF5864A8D16A7C5ABA8D0D26C41F4C81C151BF22E09174674135D72F504028C7D1BF08AAA5D72544A69 | FALSE | 2021-02-15 18:29:09.393000 | 2021-02-15 20:56:43.103000 | 2021-02-15 20:56:43.103000 | 2026-01-13 |
| **18542435** | 9A62088E-9BB5-481A-8249-A80750113BB4 | 12684018 | 1573101983 | F3454B16107C4198F2FCB959347A7072D2A864F806739DF5864A8D16A7C5ABA8D0D26C41F4C81C151BF22E09174674135D72F504028C7D1BF08AAA5D72544A69 | TRUE | 2021-02-15 18:29:09.393000 | 2021-02-15 18:29:09.393000 | 2021-02-15 18:29:09.397000 | 2026-01-13 |

Game Session History for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| playerid | platform_id | universe_id | game_name | session_cnt | time_spent_sec | ds |
|---|---|---|---|---|---|---|
| 1576819138 | 85 | 3087276631 | [ðŸ�ï¸�SALE] Bikelife: Miami | 1 | 263 | 7/4/2023 |
| 1576819138 | 85 | 3096384786 | | 1 | 134 | 7/4/2023 |
| 1576819138 | 85 | 4153755477 | [UPD] Create a Cart Ride! | 1 | 63 | 7/4/2023 |
| 1576819138 | 85 | 4403361086 | ðŸ�¸� Motorcycle Mayhem | 1 | 1215 | 7/4/2023 |
| 1576819138 | 85 | 65241 | Natural Disaster Survival | 1 | 465 | 7/5/2023 |
| 1576819138 | 85 | 88070565 | [ðŸ›‹ï¸�] Welcome to Bloxburg ðŸ� | 2 | 3838 | 7/5/2023 |
| 1576819138 | 85 | 533435040 | Flicker ðŸ’¡ | 1 | 97 | 7/5/2023 |
| 1576819138 | 85 | 903807016 | Emergency Response: Liberty County | 5 | 4956 | 7/5/2023 |
| 1576819138 | 85 | 1202096104 | [PORSCHE UPDATE] Driving Empire ðŸŽï¸�Car RacingðŸ“¦RP | 1 | 57 | 7/5/2023 |
| 1576819138 | 85 | 1648565735 | Skate Park ðŸ›¹ | 2 | 394 | 7/5/2023 |

Game Session History for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1576819138 | 85 | 4403361086 | ðŸ¸ Motorcycle Mayhem | 2 | 1551 | 7/5/2023 |
| 1576819138 | 31 | 703124385 | Tower of Hell | 3 | 101 | 7/6/2023 |
| 1576819138 | 31 | 1234355296 | | 1 | 260 | 7/6/2023 |
| 1576819138 | 31 | 114070244 | Roblox Titanic | 1 | 238 | 7/11/2023 |
| 1576819138 | 31 | 114070244 | Roblox Titanic | 1 | 1954 | 7/12/2023 |
| 1576819138 | 31 | 703124385 | Tower of Hell | 1 | 270 | 7/19/2023 |
| 1576819138 | 31 | 24810515 | | 1 | 7 | 7/22/2023 |
| 1576819138 | 31 | 615735271 | | 1 | 96 | 7/22/2023 |
| 1576819138 | 31 | 643446969 | War of colors! | 1 | 483 | 7/22/2023 |
| 1576819138 | 31 | 1727112707 | cart ride into james charles lol | 1 | 246 | 7/22/2023 |
| 1576819138 | 31 | 2296556200 | GET EATEN BY JAMES CHARLES 2 OBBY (SCARY) | 1 | 696 | 7/22/2023 |
| 1576819138 | 31 | 4549657526 | Highest Roller Coaster on Roblox | 2 | 545 | 7/22/2023 |
| 1576819138 | 31 | 4592531297 | | 1 | 27 | 7/22/2023 |
| 1576819138 | 31 | 4661856998 | NOSE ESCAPE ðŸ‘ƒ | 1 | 43 | 7/22/2023 |
| 1576819138 | 31 | 4793033125 | | 1 | 2 | 7/22/2023 |
| 1576819138 | 31 | 2489732145 | | 1 | 321 | 7/23/2023 |

# Game Session History for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1576819138 | 85 | 47545 | ðŸWork at a Pizza Place | 2 | 417 | 8/7/2023 |
| 1576819138 | 85 | 667102667 | Baldi's Basic's Multiplayer | 1 | 316 | 8/7/2023 |
| 1576819138 | 85 | 2049551477 | Cheese Escape [Horror] | 1 | 588 | 8/7/2023 |
| 1576819138 | 85 | 2251388500 | Twisted [BETA] | 1 | 2131 | 8/7/2023 |
| 1576819138 | 85 | 2820580801 | Ohio. | 1 | 1869 | 8/7/2023 |
| 1576819138 | 85 | 3816416366 | | 1 | 26 | 8/7/2023 |
| 1576819138 | 85 | 4068483577 | High Jump Race | 1 | 82 | 8/7/2023 |
| 1576819138 | 85 | 4193897944 | | 1 | 40 | 8/7/2023 |
| 1576819138 | 85 | 47545 | ðŸWork at a Pizza Place | 2 | 683 | 8/8/2023 |
| 1576819138 | 85 | 73885730 | Prison Life | 1 | 369 | 8/8/2023 |
| 1576819138 | 85 | 88070565 | [ðŸ›ï¸] Welcome to Bloxburg ðŸ | 1 | 940 | 8/8/2023 |
| 1576819138 | 85 | 111958650 | Arsenal | 3 | 1697 | 8/8/2023 |
| 1576819138 | 85 | 643446969 | War of colors! | 1 | 100 | 8/8/2023 |
| 1576819138 | 85 | 1278035280 | Warrior Cats: Ultimate Edition | 7 | 15697 | 8/8/2023 |
| 1576819138 | 85 | 2820580801 | Ohio. | 1 | 79 | 8/8/2023 |

Game Session History for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1576819138 | 85 | 3012965062 | The Presentation Experience | 2 | 3158 | 8/8/2023 |
| 1576819138 | 85 | 4068483577 | High Jump Race | 1 | 624 | 8/8/2023 |
| 1576819138 | 85 | 4153755477 | [UPD] Create a Cart Ride! | 1 | 234 | 8/8/2023 |
| 1576819138 | 85 | 4242118256 | +1 Jump Every Second ðŸš€ | 3 | 1393 | 8/8/2023 |
| 1576819138 | 85 | 111958650 | Arsenal | 1 | 455 | 8/9/2023 |
| 1576819138 | 85 | 1278035280 | Warrior Cats: Ultimate Edition | 9 | 1752 | 8/9/2023 |
| 1576819138 | 85 | 4242118256 | +1 Jump Every Second ðŸš€ | 1 | 385 | 8/9/2023 |
| 1576819138 | 85 | 4723764956 | ðŸŽ¥My Movie | 1 | 1261 | 8/9/2023 |
| 1576819138 | 85 | 31970568 | Theme Park Tycoon 2 | 1 | 684 | 8/10/2023 |
| 1576819138 | 85 | 111958650 | Arsenal | 3 | 2132 | 8/10/2023 |
| 1576819138 | 85 | 114070244 | Roblox Titanic | 1 | 149 | 8/10/2023 |
| 1576819138 | 85 | 383310974 | [ðŸª¶] Adopt Me! | 1 | 1681 | 8/10/2023 |
| 1576819138 | 85 | 1278035280 | Warrior Cats: Ultimate Edition | 1 | 91 | 8/10/2023 |

Game Session History for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1576819138 | 85 | 1738517851 | An Infinite Road Trip | 1 | 3193 | 8/10/2023 |
| 1576819138 | 85 | 2725595138 | Ragdoll Anti-Gravity [ðŸ˜µ] | 1 | 88 | 8/10/2023 |
| 1576819138 | 85 | 3967853578 | Easy Fun Obby ðŸŒˆ | 1 | 23 | 8/10/2023 |
| 1576819138 | 85 | 3967853925 | Every Second You Get +1 Jump | 1 | 34 | 8/10/2023 |
| 1576819138 | 85 | 3982659446 | ë“±êµ£ê¸¸ | 1 | 133 | 8/10/2023 |
| 1576819138 | 85 | 4027164587 | Every Second You Get +1 Health | 1 | 31 | 8/10/2023 |
| 1576819138 | 85 | 4242118256 | +1 Jump Every Second ðŸš€ | 3 | 2039 | 8/10/2023 |
| 1576819138 | 85 | 4274526785 | Every Second You Get +1 Fat | 1 | 67 | 8/10/2023 |
| 1576819138 | 85 | 4464930308 | Every Second You Get +1 WalkSpeed | 2 | 1416 | 8/10/2023 |
| 1576819138 | 85 | 4562143181 | Every Second Stud Jumps Obby | 1 | 44 | 8/10/2023 |

Game Session History for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1576819138 | 85 | 4724147760 | ðŸ”´ Obby But You're a Bouncy Ball [NEW] | 1 | 41 | 8/10/2023 |
| 1576819138 | 85 | 4764717084 | Rec It | 2 | 1733 | 8/10/2023 |

# Game Session History for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| playerid | platform_id | universe_id | game_name | session_cnt | time_spent_sec | ds |
|---|---|---|---|---|---|---|
| 1576819138 | 111 | 703124385 | Tower of Hell | 1 | 129 | 1/1/2024 |
| 1576819138 | 111 | 1182609799 | Guess the drawing! | 1 | 106 | 1/1/2024 |
| 1576819138 | 111 | 1638323641 | VR Hands v3.2 ðŸŽ™ï¸ | 1 | 236 | 1/1/2024 |
| 1576819138 | 85 | 1883423040 | LGBTQ+ HangoutðŸŒˆ | 1 | 43 | 1/1/2024 |
| 1576819138 | 85 | 2533050278 | | 3 | 3156 | 1/1/2024 |
| 1576819138 | 85 | 3367801828 | starving artists (DONATION GAME) | 1 | 663 | 1/1/2024 |
| 1576819138 | 85 | 4486590228 | Wheel Drawing Obby âœï¸ | 1 | 130 | 1/1/2024 |
| 1576819138 | 85 | 5017639770 | [UPDATE] BUY MY AVATAR ðŸ’¸ | 1 | 147 | 1/1/2024 |
| 1576819138 | 85 | 5096440156 | weird strict dad [ANNIVERSARY] | 1 | 912 | 1/1/2024 |
| 1576819138 | 85 | 280343502 | Pick A Side | 1 | 24 | 1/2/2024 |
| 1576819138 | 85 | 350059755 | Would You Rather..? | 1 | 532 | 1/2/2024 |
| 1576819138 | 85 | 2126386806 | Color Block | 1 | 450 | 1/2/2024 |
| 1576819138 | 85 | 2198312957 | | 1 | 229 | 1/2/2024 |

# Game Session History for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1576819138 | 85 | 2251388500 | Twisted [BETA] | 1 | 1558 | 1/2/2024 |
| 1576819138 | 85 | 2533050278 | | 2 | 2905 | 1/2/2024 |
| 1576819138 | 85 | 2747850290 | | 1 | 227 | 1/2/2024 |
| 1576819138 | 85 | 3107874866 | [VOICEðŸ”Š] Rap Battles ðŸ”¥ | 1 | 1688 | 1/2/2024 |
| 1576819138 | 85 | 3195917432 | Booth Game [FUSION] | 1 | 7 | 1/2/2024 |
| 1576819138 | 85 | 3765440657 | | 1 | 278 | 1/2/2024 |
| 1576819138 | 85 | 3818186233 | Cant say the letter! | 1 | 393 | 1/2/2024 |
| 1576819138 | 85 | 4434528807 | [ðŸŒ´] Bayside High School ðŸŽ | 4 | 8820 | 1/2/2024 |
| 1576819138 | 85 | 4538541472 | ðŸ˜¤Don't Make The Rock Angry | 1 | 53 | 1/2/2024 |
| 1576819138 | 85 | 5409824613 | | 2 | 51 | 1/2/2024 |
| 1576819138 | 85 | 5427961830 | | 1 | 124 | 1/2/2024 |
| 1576819138 | 24 | 703124385 | Tower of Hell | 1 | 20 | 1/8/2024 |
| 1576819138 | 85 | 83858907 | Speed Run 4 | 1 | 66 | 2/11/2024 |
| 1576819138 | 85 | 496476715 | ðŸŒ» [SPRING] Venti Cafe â˜• | 2 | 274 | 2/11/2024 |
| 1576819138 | 85 | 903807016 | Emergency Response: Liberty County | 3 | 3253 | 2/11/2024 |

Game Session History for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1576819138 | 85 | 1000233041 | 3008 [2.74] | 1 | 213 | 2/11/2024 |
| 1576819138 | 85 | 2533050278 | | 3 | 4804 | 2/11/2024 |
| 1576819138 | 85 | 2590074569 | angel's sensory room simulator | 1 | 1894 | 2/11/2024 |
| 1576819138 | 85 | 2647917151 | | 1 | 124 | 2/11/2024 |
| 1576819138 | 85 | 2747850290 | | 2 | 94 | 2/11/2024 |
| 1576819138 | 85 | 3012965062 | The Presentation Experience | 1 | 470 | 2/11/2024 |
| 1576819138 | 85 | 3816416366 | | 1 | 33 | 2/11/2024 |
| 1576819138 | 85 | 4014510236 | live in a back alley simulator [beta] | 1 | 28 | 2/11/2024 |
| 1576819138 | 85 | 4434528807 | [ðŸŒ´] Bayside High School ðŸž | 1 | 82 | 2/11/2024 |
| 1576819138 | 85 | 4523260733 | AI Outfit Creator | 1 | 19 | 2/11/2024 |
| 1576819138 | 85 | 4698685679 | | 1 | 28 | 2/11/2024 |
| 1576819138 | 85 | 5273088928 | [1 MIL] Cart Ride into Josh Hutcherson | 1 | 219 | 2/11/2024 |
| 1576819138 | 85 | 4241818824 | Chat with AI | 1 | 83 | 2/18/2024 |
| 1576819138 | 85 | 4523260733 | AI Outfit Creator | 2 | 176 | 2/18/2024 |

Game Session History for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1576819138 | 85 | 261571602 | Blox n Jump Trampoline Park | 1 | 27 | 2/19/2024 |
| 1576819138 | 85 | 903807016 | Emergency Response: Liberty County | 1 | 4309 | 2/19/2024 |
| 1576819138 | 85 | 1278035280 | Warrior Cats: Ultimate Edition | 1 | 197 | 2/19/2024 |
| 1576819138 | 85 | 2110653465 | ðŸŽ¢ Robloxia Hills Theme Park [Rollercoasters] | 1 | 27 | 2/19/2024 |
| 1576819138 | 24 | 903807016 | Emergency Response: Liberty County | 3 | 430 | 3/17/2024 |

Game Session History for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| playerid | platform_id | universe_id | game_name | session_cnt | time_spent_sec | ds |
|---|---|---|---|---|---|---|
| 1576819138 | 24 | 703124385 | Tower of Hell | 1 | 202 | 4/2/2024 |
| 1576819138 | 85 | 2533050278 | | 1 | 1405 | 5/4/2024 |
| 1576819138 | 85 | 1278035280 | Warrior Cats: Ultimate Edition | 1 | 6527 | 5/5/2024 |
| 1576819138 | 85 | 2533050278 | | 1 | 821 | 5/5/2024 |
| 1576819138 | 85 | 2590074569 | angel's sensory room simulator | 5 | 3706 | 5/5/2024 |
| 1576819138 | 85 | 3012965062 | The Presentation Experience | 1 | 71 | 5/5/2024 |
| 1576819138 | 24 | 703124385 | Tower of Hell | 1 | 85 | 5/6/2024 |
| 1576819138 | 111 | 703124385 | Tower of Hell | 1 | 40 | 5/6/2024 |
| 1576819138 | 111 | 1072353049 | [Rare Carcass] Forgotten Worlds | 1 | 133 | 5/6/2024 |
| 1576819138 | 24 | 1278035280 | Warrior Cats: Ultimate Edition | 4 | 1669 | 5/6/2024 |
| 1576819138 | 111 | 2590074569 | angel's sensory room simulator | 1 | 146 | 5/6/2024 |

Game Session History for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1576819138 | 111 | 4564229413 | Lost Therians Reawakened [REVERSAL] | 1 | 317 | 5/6/2024 |
| 1576819138 | 111 | 5808321016 | VR Hands v2.8 Legacy | 1 | 98 | 5/6/2024 |
| 1576819138 | 24 | 73885730 | Prison Life | 1 | 12 | 6/9/2024 |
| 1576819138 | 24 | 73885730 | Prison Life | 1 | 351 | 6/17/2024 |
| 1576819138 | 24 | 703124385 | Tower of Hell | 2 | 1709 | 6/17/2024 |
| 1576819138 | 85 | 225431369 | Fashion Famous | 1 | 859 | 6/24/2024 |
| 1576819138 | 85 | 1000233041 | 3008 [2.74] | 1 | 2538 | 6/24/2024 |
| 1576819138 | 85 | 1278035280 | Warrior Cats: Ultimate Edition | 2 | 2277 | 6/24/2024 |
| 1576819138 | 85 | 1883423040 | LGBTQ+ HangoutðŸŒˆ | 1 | 664 | 6/24/2024 |
| 1576819138 | 85 | 3293811689 | LGBTQ Learn The Flags Obby (223 Stages) | 1 | 248 | 6/24/2024 |
| 1576819138 | 85 | 5203828273 | Dress To Impressâ | 1 | 36 | 6/24/2024 |
| 1576819138 | 85 | 225431369 | Fashion Famous | 1 | 1754 | 6/25/2024 |

# Game Session History for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1576819138 | 85 | 903807016 | Emergency Response: Liberty County | 1 | 1941 | 6/25/2024 |
| 1576819138 | 85 | 1278035280 | Warrior Cats: Ultimate Edition | 1 | 3293 | 6/25/2024 |
| 1576819138 | 85 | 1404342734 | KohaÃº Hibachi Restaurant ðŸ | 1 | 725 | 6/25/2024 |
| 1576819138 | 85 | 2533050278 | | 2 | 2417 | 6/25/2024 |
| 1576819138 | 85 | 2720301199 | Mexican border sim (UPDATE!!!) | 1 | 882 | 6/25/2024 |
| 1576819138 | 85 | 3012965062 | The Presentation Experience | 1 | 1413 | 6/25/2024 |
| 1576819138 | 85 | 4627006865 | My Coffee Shop â˜• | 1 | 14 | 6/25/2024 |
| 1576819138 | 85 | 5335757409 | | 1 | 1532 | 6/25/2024 |
| 1576819138 | 85 | 5476746717 | [âš ï¸CHAPTER 2] weird strict teacher | 1 | 132 | 6/25/2024 |
| 1576819138 | 85 | 5747970268 | Midnight Cashiers [HORROR] | 1 | 1527 | 6/25/2024 |
| 1576819138 | 85 | 5800321156 | Survive Flight 871 | 1 | 1418 | 6/25/2024 |

Game Session History for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1576819138 | 85 | 5959038356 | Midnight School [HORROR] | 1 | 715 | 6/25/2024 |
| 1576819138 | 85 | 6008939468 | Midnight Motel [HORROR] | 1 | 25 | 6/25/2024 |
| 1576819138 | 85 | 903807016 | Emergency Response: Liberty County | 1 | 2368 | 6/30/2024 |
| 1576819138 | 85 | 1278035280 | Warrior Cats: Ultimate Edition | 1 | 310 | 6/30/2024 |
| 1576819138 | 85 | 2160907981 | Spray Paint! | 1 | 1288 | 6/30/2024 |
| 1576819138 | 85 | 4105114485 | The Deepest Pool | 1 | 36 | 6/30/2024 |
| 1576819138 | 85 | 4509568865 | Sensory World! | 1 | 16 | 6/30/2024 |
| 1576819138 | 85 | 5354191354 | | 1 | 68 | 6/30/2024 |

# Game Session History for Roblox Account XxAudi_2011xX (User ID: 1576819138)

| playerid | platform_id | universe_id | game_name | session_cnt | time_spent_sec | ds |
|---|---|---|---|---|---|---|
| 1576819138 | 85 | 4434528807 | [ðŸŒ´] Bayside High School ðŸŽ | 1 | 1271 | 10/6/2024 |
| 1576819138 | 85 | 4991916757 | The Highschool Experience | 1 | 389 | 10/6/2024 |
| 1576819138 | 85 | 111958650 | Arsenal | 1 | 1656 | 10/7/2024 |
| 1576819138 | 85 | 903807016 | Emergency Response: Liberty County | 2 | 1337 | 10/7/2024 |
| 1576819138 | 85 | 1686885941 | Brookhaven ðŸ¡RP | 1 | 219 | 10/7/2024 |
| 1576819138 | 85 | 4434528807 | [ðŸŒ´] Bayside High School ðŸŽ | 1 | 1233 | 10/7/2024 |
| 1576819138 | 24 | 5770273249 | Young Sheldon Quiz! [EASY]ðŸ¤“ðŸ‘† | 1 | 170 | 10/13/2024 |
| 1576819138 | 85 | 2533050278 | | 1 | 1261 | 10/20/2024 |
| 1576819138 | 85 | 5770273249 | Young Sheldon Quiz! [EASY]ðŸ¤“ðŸ‘† | 1 | 107 | 10/20/2024 |
| 1576819138 | 85 | 4668714640 | [ðŸ–¤] Emo Obby | 1 | 80 | 11/30/2024 |
| 1576819138 | 85 | 5203828273 | Dress To Impressâ- | 1 | 1860 | 11/30/2024 |
| 1576819138 | 85 | 5387574516 | | 2 | 459 | 11/30/2024 |
| 1576819138 | 85 | 6529289361 | | 1 | 22 | 11/30/2024 |