**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

| | |
|---|---|
| JAIMEE SEITZ, individually, and as administrator of the Estate of AUDREE HEINE,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION and DISCORD INC., TIKTOK LLC, TIKTOK INC., AND BYTEDANCE INC.,<br><br>Defendants. | Civil Case No. 2:25-cv-00166-DLB-CJS<br><br>Chief Judge David L. Bunning |

**DECLARATION OF THOMAS P. PEABODY IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S MOTION TO DISMISS**

I, Thomas P. Peabody, hereby declare as follows:

1. I am an attorney in the law firm Cooley LLP and duly admitted *pro hac vice* before this Court. ECF No. 54-1. I am counsel of record for Defendant Roblox Corporation ("Roblox") in the above-captioned matter. I submit this declaration in support of Roblox's Motion to Dismiss the Amended Complaint of Jaimee Seitz ("Plaintiff"). I have personal knowledge of the matters set forth herein.

2. Attached as **Exhibit A** is a true and correct copy of 2017 Parents' Guide, which Plaintiff cites in the Amended Complaint at ¶ 37. I accessed the webpage on August 5, 2026 at https://web.archive.org/web/20170716032712/https://corp.roblox.com/parents/, which is the same URL Plaintiff included in the Amended Complaint at ¶ 37, n. 12 and 13. Exhibit A reflects the entirety of the webpage as it appeared at that time, including content beyond the portion quoted in

the Amended Complaint. To my knowledge, the archived copy from the wayback machine is a true and accurate copy of the 2017 Parents' Guide.

3. Attached as **Exhibit B** is a true and correct copy of 2023 Parents' Guide, which Plaintiff cites in the Amended Complaint at ¶ 38. I accessed the webpage on August 6, 2026 at https://web.archive.org/web/20230405060048/https://corporate.roblox.com/parents/, which is the same URL Plaintiff included in the Amended Complaint at ¶ 38, n. 14 and 15. Exhibit B reflects the webpage as it appeared at that time,[1] including content beyond the portion quoted in the Amended Complaint. To my knowledge, the archived copy from the wayback machine is a true and accurate copy of the 2023 Parents' Guide.

4. Attached as **Exhibit C** is a true and correct copy of the 2023 Frequently Asked Questions, which Plaintiff cites in the Amended Complaint at ¶ 38. I accessed the webpage on August 5, 2026 at https://web.archive.org/web/20230328011957/https://corporate.roblox.com /faq/, which is the same URL Plaintiff included in the Amended Complaint at ¶ 38, n. 16. Exhibit C reflects the webpage as it appeared at that time, with the dropdowns selected in seriatim form, including content beyond the portion quoted in the Amended Complaint. To my knowledge, the archived copy from the wayback machine is a true and accurate copy of the 2023 Frequently Asked Questions.

5. Attached as **Exhibit D** is a true and correct copy of the "Keeping Kids Safe" tab of the 2016 Parent's Guide, which Plaintiff cites in the Amended Complaint at ¶ 36. I accessed the webpage on August 5, 2026 at https://web.archive.org/web/20160131063648/http://corp. roblox.com/parents, which the same URL Plaintiff included in the Amended Complaint at ¶ 36, n. 10. Exhibit D reflects the entirety of the webpage as it appeared at that time, including content

[1] This is so with two exceptions: (1) certain interactive features unsuitable for PDF download are not reflected in Exhibit B; (2) Exhibit B contains a white, rather than black, background.

beyond the portion quoted in the Amended Complaint. To my knowledge, the archived copy from the wayback machine is a true and accurate copy of the "Keeping Kids Safe" tab of the 2016 Parent's Guide.

6. Attached as **Exhibit E** is a true and correct copy of the November 4, 2025 version of the Roblox Terms of Use (the "Terms") that were in effect at the time the Amended Complaint was filed. I obtained the Terms on August 7, 2026 from https://web.archive.org/web/20251121065902/https://en.help.roblox.com/hc/en-us/articles/115004647846-Roblox-Terms-of-Use, which is the webpage a user would have seen by clicking on the hyperlinked "Terms of Use" on the Roblox sign-up screen.[2] Plaintiff include a screenshot of the Roblox sign-up screen that was in effect when the Amended Complaint was filed at ¶ 26. Exhibit E reflects the entirety of the Terms. To my knowledge, Exhibit E is a true and accurate copy of the Terms as they existed on that date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 7, 2026 in Chicago, Illinois.

*/s/ Thomas P. Peabody*
Thomas P. Peabody

[2] This is an archived capture of the webpage dated November 21, 2025, which is the closest capture available to the date the Amended Complaint was filed. To my knowledge, no Wayback Machine capture exists for December 2, 2025, and Roblox did not next update its Terms of Use until December 16, 2025. The version of the Terms of Use in effect on November 21, 2025 therefore remained in effect on the date the Amended Complaint was filed.