# EXHIBIT B

# For Parents

## What is Roblox?

Roblox is a global platform where millions of people gather together every day to imagine, create, and share experiences with each other in immersive, user-generated 3D worlds. The types of gameplay on Roblox are just as limitless as the imagination of the creators themselves.

All the online games you see on the platform have been built by members of the Roblox community for members of the Roblox community. Players can build the ultimate theme park, compete as a professional race car driver, star in a fashion show, become a superhero, or simply design a dream home and hang out with friends. Roblox is free to download and free to play on all modern smartphones, tablets, computers, Xbox One, Oculus Rift, and HTC Vive.

CLOSE

## Build safe digital worlds with Roblox

We continually develop cutting-edge technologies to ensure the Roblox platform remains a safe and fun space for players all over the world.




## Avatar Clothing Detection

An automated detection feature ensures that all players are wearing appropriate attire within the avatar editor and avatar thumbnails.

## Reporting System

Players can report inappropriate chat messages or content by using our Report Abuse system, which is located throughout the site and in-game.






## Chat Filters

Roblox uses a combination of chat filters, both human and software moderation, to proactively remove inappropriate content from the platform.

## Customizable Parental Controls

Parents can limit or disable online chat capabilities, customize access to experiences based on age recommendations, and select options for spending limits.



FEATURED BLOG POST

## Supporting Parents During COVID-19

FEATURED BLOG POST

# Teaching Remotely with Roblox

## Roblox Trust & Safety Advisory Board

We are dedicated to working together with parents and digital safety experts to promote a family-friendly environment that allows all players to imagine, create, and play online. As part of our commitment to community safety, Roblox has formed a Trust & Safety Advisory Board comprised of world-renowned digital safety authorities. We collaborate with the following board members to create a safe and enjoyable environment for everyone.

## Stephen Balkam

Founder & CEO, FOSI

Read More

## Carmel Glassbrook

Project Lead, POSH

Read More

## FAQ

Get answers to your questions about all things in the Roblox universe.

LEARN MORE

**COMPANY**

Careers

Investor Relations

News

**RESOURCES**

For Parents

Education

Digital Well-Being

FAQ

Contact

© & ™ 2023 Roblox Corporation. All Rights Reserved.

Terms Privacy Accessibility