# EXHIBIT C

https://web.archive.org/web/20230328011957/https:/corporate.roblox.com/faq/ August 5, 2026 at 1:52 PM PDT

https://corporate.roblox.com/faq/ Go FEB MAR JUN
54 captures 28
19 Jul 2022 - 22 Jul 2025 2022 2023 2024 About this capture




## What can I do to keep my child's Roblox account more secure?

We are committed to ensuring that Roblox is a safe and fun place for everyone. With these tips, you can learn how to keep your child's account protected.

In general, we encourage all players to:

- Use a unique password that has a combination of numbers, letters, and special characters. Never share your password with anyone, even if it's a friend you know in real life.
- Keep your account and personal information (including your name, email, address, phone number, or real life photos, etc.) to yourself.
- Enable 2-Step Verification to prevent strangers from accessing your Roblox account.

For more information on keeping your child's account safe, click here.

---

## What can I do to keep my child's Roblox account private?

---

## Are there any other official Roblox websites?

---

## How much does Roblox cost?

How can I keep my child safe on Roblox?

What parental controls are available on Roblox?

Can I get free Robux?

Why is Roblox educational?

How does chat with reduced filters for 13+ years olds work on Roblox?

How does Chat with Voice work on Roblox?

Who can access Chat with Voice?

How does age verification work on Roblox?

What can I do if my child is using a third-party program to speak with others outside of Roblox?

How do I get Robux?

Are there tools to manage my child's spending on Roblox?

\ SEE WHAT PARENTS SAY ABOUT ROBLOX

"Roblox has been such a great experience for my kids. Roblox has inspired their creativity while also teaching them the value of community and teamwork. And it's helping build their communication and math skills in unexpected, positive ways. We love Roblox!"

Leslie G. - San Francisco, CA

**COMPANY**

Careers

Investor Relations

News

**RESOURCES**

For Parents

Education

Digital Well-Being

FAQ

Contact

© & ™ 2023 Roblox Corporation. All Rights Reserved.

Terms • Privacy • Accessibility

https://web.archive.org/web/20230328011957/https:/corporate.roblox.com/faq/ August 5, 2026 at 1:52 PM PDT

https://corporate.roblox.com/faq/ Go FEB MAR JUN
54 captures 28
19 Jul 2022 - 22 Jul 2025 2022 2023 2024 About this capture




## What can I do to keep my child's Roblox account more secure?

## What can I do to keep my child's Roblox account private?

There are a number of account settings available to keep your child's Roblox account private.

Users age 13 and over can customize their account privacy settings. For users age 12 and under, we take extra precautions to ensure their safety and privacy by automatically enforcing more restricted settings so they can only send a direct message to other users that are accepted as friends on Roblox.

Users and their parents can enable an Account Restrictions setting from within the Security Tab of the Account Settings page. This setting only allows users to access a curated list of age-appropriate games on the platform and it prevents them from chatting with anyone. An Account PIN setting is also available, which requires a 4-digit code to make changes to the account settings.

For more information on chat settings and setting proper safety measures, click here.

## Are there any other official Roblox websites?

## How much does Roblox cost?

How can I keep my child safe on Roblox?

What parental controls are available on Roblox?

Can I get free Robux?

Why is Roblox educational?

How does chat with reduced filters for 13+ years olds work on Roblox?

How does Chat with Voice work on Roblox?

Who can access Chat with Voice?

How does age verification work on Roblox?

What can I do if my child is using a third-party program to speak with others outside of Roblox?

How do I get Robux?

Are there tools to manage my child's spending on Roblox?

\ SEE WHAT PARENTS SAY ABOUT ROBLOX

"Roblox has been such a great experience for my kids. Roblox has inspired their creativity while also teaching them the value of community and teamwork. And it's helping build their communication and math skills in unexpected, positive ways. We love Roblox!"

Leslie G. – San Francisco, CA

**COMPANY**

Careers

Investor Relations

News

**RESOURCES**

For Parents

Education

Digital Well-Being

FAQ

Contact

© & ™ 2023 Roblox Corporation. All Rights Reserved.

Terms • Privacy • Accessibility

https://web.archive.org/web/20230328011957/https:/corporate.roblox.com/faq/ August 5, 2026 at 1:53 PM PDT

https://corporate.roblox.com/faq/ Go FEB MAR JUN
54 captures 28
19 Jul 2022 - 22 Jul 2025 2022 2023 2024 About this capture



# Roblox FAQ

## What can I do to keep my child's Roblox account more secure?

## What can I do to keep my child's Roblox account private?

## Are there any other official Roblox websites?

Please take note of the following official Roblox websites:

- Sites beginning with https://www.roblox.com (e.g. https://www.roblox.com/giftcards)
- Sites ending with .roblox.com/ (e.g. https://corporate.roblox.com/)
- https://events.rbx.com/

Beware of third-party sites that offer things like "free" or cheap Robux, etc. These are scams created to hack your child's Roblox account and steal their email address, personal information, and money. The only safe way to buy Robux and other items is to purchase them directly on the official Roblox website, through our official apps on iOS, Android, Amazon, and the Xbox One console, and within official Roblox games.

For more information on how to get Robux safely and securely, click here.

How much does Roblox cost?

How can I keep my child safe on Roblox?

What parental controls are available on Roblox?

Can I get free Robux?

Why is Roblox educational?

How does chat with reduced filters for 13+ years olds work on Roblox?

How does Chat with Voice work on Roblox?

Who can access Chat with Voice?

How does age verification work on Roblox?

What can I do if my child is using a third-party program to speak with others outside of Roblox?

How do I get Robux?

Are there tools to manage my child's spending on Roblox?

\ SEE WHAT PARENTS SAY ABOUT ROBLOX

“Roblox has been such a great experience for my kids. Roblox has inspired their creativity while also teaching them the value of community and teamwork. And it's helping build their communication and math skills in unexpected, positive ways. We love Roblox!”

Leslie G. – San Francisco, CA

**COMPANY**

Careers

Investor Relations

News

**RESOURCES**

For Parents

Education

Digital Well-Being

FAQ

Contact

© & ™ 2023 Roblox Corporation. All Rights Reserved.

Terms • Privacy • Accessibility

https://web.archive.org/web/20230328011957/https:/corporate.roblox.com/faq/ August 5, 2026 at 1:53 PM PDT

https://corporate.roblox.com/faq/ Go FEB MAR JUN
54 captures 28
19 Jul 2022 - 22 Jul 2025 2022 2023 2024 About this capture



# Roblox FAQ

## What can I do to keep my child's Roblox account more secure?

## What can I do to keep my child's Roblox account private?

## Are there any other official Roblox websites?

## How much does Roblox cost?

Roblox is completely free to join and free to download.

If so inclined, users can choose to purchase Robux (our virtual currency) to buy in-game upgrades or accessories for their avatar. They can also purchase an optional "Premium" membership, which includes a Robux stipend and access to our trading and sales features. Learn more about Premium here.

## How can I keep my child safe on Roblox?

What parental controls are available on Roblox?

Can I get free Robux?

Why is Roblox educational?

How does chat with reduced filters for 13+ years olds work on Roblox?

How does Chat with Voice work on Roblox?

Who can access Chat with Voice?

How does age verification work on Roblox?

What can I do if my child is using a third-party program to speak with others outside of Roblox?

How do I get Robux?

Are there tools to manage my child's spending on Roblox?

\ SEE WHAT PARENTS SAY ABOUT ROBLOX

"Roblox has been such a great experience for my kids. Roblox has inspired their creativity while also teaching them the value of community and teamwork. And it's helping build their communication and math skills in unexpected, positive ways. We love Roblox!"

Leslie G. – San Francisco, CA

COMPANY

Careers

Investor Relations

RESOURCES

For Parents

Education

News

Digital Well-Being

FAQ

Contact

© & ™ 2023 Roblox Corporation. All Rights Reserved.

Terms • Privacy • Accessibility

https://web.archive.org/web/20230328011957/https:/corporate.roblox.com/faq/ August 5, 2026 at 1:54 PM PDT

https://corporate.roblox.com/faq/ Go FEB MAR JUN
54 captures 28
19 Jul 2022 - 22 Jul 2025 2022 2023 2024 About this capture



# Roblox FAQ

## What can I do to keep my child's Roblox account more secure?

## What can I do to keep my child's Roblox account private?

## Are there any other official Roblox websites?

## How much does Roblox cost?

## How can I keep my child safe on Roblox?

Roblox provides a fun, supportive, and educational space where your child's imagination can thrive. We encourage you to play with your child and invite them to share their gameplay experiences with you.

There are millions of games available on Roblox that you can play with your kids, such as Bird Simulator, Work at a Pizza Place, and Natural Disaster Survival. It's a great opportunity for family bonding as well.

You can teach your child the values of digital citizenship and show them that the difference between what's right and wrong online is the same as it is in real life. Roblox also has a number of ways you can monitor your kids' online interactions, including their creations, friends, virtual item purchases, private message history, and more.

For more information about viewing your child's account activity and other safety features, click here.

### What parental controls are available on Roblox?

### Can I get free Robux?

### Why is Roblox educational?

### How does chat with reduced filters for 13+ years olds work on Roblox?

### How does Chat with Voice work on Roblox?

### Who can access Chat with Voice?

### How does age verification work on Roblox?

What can I do if my child is using a third-party program to speak with others outside of Roblox?

How do I get Robux?

Are there tools to manage my child's spending on Roblox?

\ SEE WHAT PARENTS SAY ABOUT ROBLOX

"Roblox has been such a great experience for my kids. Roblox has inspired their creativity while also teaching them the value of community and teamwork. And it's helping build their communication and math skills in unexpected, positive ways. We love Roblox!"

Leslie G. – San Francisco, CA

**COMPANY**

Careers

Investor Relations

News

**RESOURCES**

For Parents

Education

Digital Well-Being

FAQ

Contact

© & ™ 2023 Roblox Corporation. All Rights Reserved.

Terms • Privacy • Accessibility

https://web.archive.org/web/20230328011957/https:/corporate.roblox.com/faq/ August 5, 2026 at 1:54 PM PDT

https://corporate.roblox.com/faq/ Go
54 captures
19 Jul 2022 - 22 Jul 2025
FEB MAR JUN
28
2022 2023 2024
About this capture



# Roblox FAQ

What can I do to keep my child's Roblox account more secure?

---

What can I do to keep my child's Roblox account private?

---

Are there any other official Roblox websites?

---

How much does Roblox cost?

---

How can I keep my child safe on Roblox?

---

What parental controls are available on Roblox?

We offer a variety of parental controls to keep Roblox safe for kids.

Parents can:

- Disable or restrict chat everywhere on Roblox (chat with everyone, just friends, or no one) from within the Privacy tab of your child's Account Settings page.
- Identify the age of the child's account (13+ or <13) depending on their date of birth in the upper-right corner of the navigation bar and in-game.
- Set an Account PIN, which requires a 4-digit code to make any changes to the account from within the Security tab of your child's Account Settings page.
- Enable Account Restrictions from within the Privacy tab of your child's Account Settings page to restrict accessible experiences on Roblox and completely disable chat everywhere on the platform. This helps keep kids safe from content that may be inappropriate.
- Set Allowed Experiences from within the Parental Controls tab of your child's Account Settings page, which allows you to customize access to experiences based on age recommendations.

For more information on chat settings and setting proper safety measures, click here.

## Can I get free Robux?

## Why is Roblox educational?

## How does chat with reduced filters for 13+ years olds work on Roblox?

## How does Chat with Voice work on Roblox?

## Who can access Chat with Voice?

How does age verification work on Roblox?

What can I do if my child is using a third-party program to speak with others outside of Roblox?

How do I get Robux?

Are there tools to manage my child's spending on Roblox?

\ SEE WHAT PARENTS SAY ABOUT ROBLOX

"Roblox has been such a great experience for my kids. Roblox has inspired their creativity while also teaching them the value of community and teamwork. And it's helping build their communication and math skills in unexpected, positive ways. We love Roblox!"

Leslie G. – San Francisco, CA

**COMPANY**

Careers

Investor Relations

News

**RESOURCES**

For Parents

Education

Digital Well-Being

FAQ

Contact

© & ™ 2023 Roblox Corporation. All Rights Reserved.

Terms • Privacy • Accessibility

https://web.archive.org/web/20230328011957/https:/corporate.roblox.com/faq/ August 5, 2026 at 1:55 PM PDT

https://corporate.roblox.com/faq/ Go FEB MAR JUN
54 captures 28
19 Jul 2022 - 22 Jul 2025 2022 2023 2024 About this capture



# Roblox FAQ

## What can I do to keep my child's Roblox account more secure?

## What can I do to keep my child's Roblox account private?

## Are there any other official Roblox websites?

## How much does Roblox cost?

## How can I keep my child safe on Roblox?

## What parental controls are available on Roblox?

## Can I get free Robux?

No, it is not possible to get free Robux. The only way to earn Robux is through one of the following methods:

- You can purchase Robux on our mobile, browser, and Xbox One apps
- Accounts with a membership receive a Robux stipend
- Accounts with a membership can sell shirts, pants and place access and get a percentage of the profit
- Any user can sell game passes for Robux. Accounts without a membership will get a smaller percentage of the profit than a membership

There is no such thing as a Robux Generator. If a person, website, or game tries to tell you there is one, this is a scam and should be reported via our Report Abuse system.

For more information on how to get Robux safely and securely, click here.

## Why is Roblox educational?

## How does chat with reduced filters for 13+ years olds work on Roblox?

## How does Chat with Voice work on Roblox?

## Who can access Chat with Voice?

## How does age verification work on Roblox?

What can I do if my child is using a third-party program to speak with others outside of Roblox?

How do I get Robux?

Are there tools to manage my child's spending on Roblox?

\ SEE WHAT PARENTS SAY ABOUT ROBLOX

"Roblox has been such a great experience for my kids. Roblox has inspired their creativity while also teaching them the value of community and teamwork. And it's helping build their communication and math skills in unexpected, positive ways. We love Roblox!"

Leslie G. – San Francisco, CA

**COMPANY**

Careers

Investor Relations

News

**RESOURCES**

For Parents

Education

Digital Well-Being

FAQ

Contact

© & ™ 2023 Roblox Corporation. All Rights Reserved.

Terms • Privacy • Accessibility

https://corporate.roblox.com/faq/ Go
54 captures
19 Jul 2022 - 22 Jul 2025
FEB MAR JUN
2022 28 2023 2024
About this capture




What can I do to keep my child's Roblox account more secure?

What can I do to keep my child's Roblox account private?

Are there any other official Roblox websites?

How much does Roblox cost?

How can I keep my child safe on Roblox?

What parental controls are available on Roblox?

## Can I get free Robux?

## Why is Roblox educational?

There is a well-respected theory named "Constructionism," first posed by Seymour Papert of MIT Media Lab. It holds that kids learn best when they are in the active roles of designer and builder and that this learning is accelerated when they assume these roles in a public forum. We support this theory.

We've observed that many of our users become deeply engaged with building complex structures and solving difficult problems when they know that the fruits of their labor will be seen and played by others. Millions of kids have used our tools to imagine what it's like to explore the farthest reaches of outer space, build a vast metropolis, or design a vehicle with realistic suspension and physics systems. The level of creativity the Roblox community exhibits, along with the time and care they spend building, never fails to astonish us.

## How does chat with reduced filters for 13+ years olds work on Roblox?

## How does Chat with Voice work on Roblox?

## Who can access Chat with Voice?

## How does age verification work on Roblox?

## What can I do if my child is using a third-party program to

speak with others outside of Roblox?

How do I get Robux?

Are there tools to manage my child's spending on Roblox?

\ SEE WHAT PARENTS SAY ABOUT ROBLOX

"Roblox has been such a great experience for my kids. Roblox has inspired their creativity while also teaching them the value of community and teamwork. And it's helping build their communication and math skills in unexpected, positive ways. We love Roblox!"

Leslie G. – San Francisco, CA

**COMPANY**

Careers

Investor Relations

News

**RESOURCES**

For Parents

Education

Digital Well-Being

FAQ

Contact

© & ™ 2023 Roblox Corporation. All Rights Reserved.

Terms • Privacy • Accessibility

https://corporate.roblox.com/faq/ Go
54 captures
19 Jul 2022 - 22 Jul 2025
FEB MAR JUN
28
2022 2023 2024
About this capture



# Roblox FAQ

What can I do to keep my child's Roblox account more secure?

---

What can I do to keep my child's Roblox account private?

---

Are there any other official Roblox websites?

---

How much does Roblox cost?

---

How can I keep my child safe on Roblox?

---

What parental controls are available on Roblox?

## Can I get free Robux?

## Why is Roblox educational?

## How does chat with reduced filters for 13+ years olds work on Roblox?

Roblox's state-of-the-art text filtering system is actively monitored and dynamically adjusted to prevent inappropriate content and personally identifiable information from being visible on the platform.

All text on Roblox is filtered regardless of a user's age. For users aged 12 and under, however, we go a step further by automatically placing them on a more restricted chat with reduced filters for 13+ year olds system that allows them to send private messages only to users they have accepted as friends on Roblox. Parents can verify that their kids' or teens' age is correct in their Account Settings.

We give parents the ability to restrict or disable chat entirely throughout the Roblox platform. Chat with reduced filters for 13+ year olds settings can be adjusted from within the Privacy Tab of the Account Settings page. In addition, users can control settings that allow them to block others from chatting with them.

For more information about blocking other users, click here.

## How does Chat with Voice work on Roblox?

## Who can access Chat with Voice?

## How does age verification work on Roblox?

What can I do if my child is using a third-party program to speak with others outside of Roblox?

How do I get Robux?

Are there tools to manage my child's spending on Roblox?

\ SEE WHAT PARENTS SAY ABOUT ROBLOX

"Roblox has been such a great experience for my kids. Roblox has inspired their creativity while also teaching them the value of community and teamwork. And it's helping build their communication and math skills in unexpected, positive ways. We love Roblox!"

Leslie G. – San Francisco, CA

**COMPANY**

Careers

Investor Relations

News

**RESOURCES**

For Parents

Education

Digital Well-Being

FAQ

Contact

© & ™ 2023 Roblox Corporation. All Rights Reserved.

Terms • Privacy • Accessibility

https://web.archive.org/web/20230328011957/https:/corporate.roblox.com/faq/ August 5, 2026 at 1:56 PM PDT

https://corporate.roblox.com/faq/ Go
54 captures
19 Jul 2022 - 22 Jul 2025
FEB MAR JUN
2022 28 2023 2024
About this capture



# Roblox FAQ

What can I do to keep my child's Roblox account more secure?

What can I do to keep my child's Roblox account private?

Are there any other official Roblox websites?

How much does Roblox cost?

How can I keep my child safe on Roblox?

What parental controls are available on Roblox?

### Can I get free Robux?

### Why is Roblox educational?

### How does chat with reduced filters for 13+ years olds work on Roblox?

### How does Chat with Voice work on Roblox?

Chat with Voice is a product that's currently in a Beta phase, and is only available to select users age 13 and over.

Users in the Chat with Voice Beta must opt in to use chat with voice. Once they opt in, Chat with Voice users can hear and speak with other Chat with Voice users in any voice-enabled experience on Roblox. Unlike Chat with reduced filters for 13+ year olds, Chat with Voice does not use any filtering systems. Users who are not participating in the Chat with Voice Beta will have no change to their experience.

Chat with Voice users will have the ability to mute, block, or report other voice chat users. Roblox reserves the right to remove users from the Chat with Voice Beta at any time at our discretion. For more information on voice chat, click here.

### Who can access Chat with Voice?

### How does age verification work on Roblox?

What can I do if my child is using a third-party program to speak with others outside of Roblox?

How do I get Robux?

Are there tools to manage my child's spending on Roblox?

\ SEE WHAT PARENTS SAY ABOUT ROBLOX

"Roblox has been such a great experience for my kids. Roblox has inspired their creativity while also teaching them the value of community and teamwork. And it's helping build their communication and math skills in unexpected, positive ways. We love Roblox!"

Leslie G. – San Francisco, CA

**COMPANY**

Careers

Investor Relations

News

**RESOURCES**

For Parents

Education

Digital Well-Being

FAQ

Contact

© & ™ 2023 Roblox Corporation. All Rights Reserved.

Terms • Privacy • Accessibility

https://web.archive.org/web/20230328011957/https:/corporate.roblox.com/faq/ August 5, 2026 at 1:56 PM PDT

https://corporate.roblox.com/faq/ Go FEB MAR JUN 28 2022 2023 2024
54 captures
19 Jul 2022 - 22 Jul 2025
About this capture



# Roblox FAQ

What can I do to keep my child's Roblox account more secure?

What can I do to keep my child's Roblox account private?

Are there any other official Roblox websites?

How much does Roblox cost?

How can I keep my child safe on Roblox?

What parental controls are available on Roblox?

Can I get free Robux?

Why is Roblox educational?

How does chat with reduced filters for 13+ years olds work on Roblox?

How does Chat with Voice work on Roblox?

Who can access Chat with Voice?

The Chat with Voice Beta is available by invitation to select developers, and to anyone 13 and over who verifies their age. Age verification is a new way for users to access age-appropriate content while also ensuring the safety of our community. This feature will be available globally in over 180 countries.

How does age verification work on Roblox?

What can I do if my child is using a third-party program to speak with others outside of Roblox?

How do I get Robux?

Are there tools to manage my child's spending on Roblox?

\ SEE WHAT PARENTS SAY ABOUT ROBLOX

"Roblox has been such a great experience for my kids. Roblox has inspired their creativity while also teaching them the value of community and teamwork. And it's helping build their communication and math skills in unexpected, positive ways. We love Roblox!"

Leslie G. – San Francisco, CA

**COMPANY**

Careers

Investor Relations

News

**RESOURCES**

For Parents

Education

Digital Well-Being

FAQ

Contact

© & ™ 2023 Roblox Corporation. All Rights Reserved.

Terms • Privacy • Accessibility

https://web.archive.org/web/20230328011957/https:/corporate.roblox.com/faq/ August 5, 2026 at 1:57 PM PDT
https://corporate.roblox.com/faq/ Go
54 captures
19 Jul 2022 - 22 Jul 2025
FEB MAR JUN
28
2022 2023 2024
About this capture



# Roblox FAQ

What can I do to keep my child's Roblox account more secure?

What can I do to keep my child's Roblox account private?

Are there any other official Roblox websites?

How much does Roblox cost?

How can I keep my child safe on Roblox?

What parental controls are available on Roblox?

### Can I get free Robux?

### Why is Roblox educational?

### How does chat with reduced filters for 13+ years olds work on Roblox?

### How does Chat with Voice work on Roblox?

### Who can access Chat with Voice?

### How does age verification work on Roblox?

To verify your age, you must be at least 13 years old with a government-issued photo ID (driver's license, passport, or residency card). We use advanced image processing technology to verify document legitimacy and that you are in fact the owner of the ID.

We want you to know that we take our community's safety and privacy seriously, and Roblox never stores raw ID document data. When a government-issued ID is scanned for verification, an anonymized value is generated, allowing Roblox to safely verify ages without risking exposure of anyone's real world identity.

### What can I do if my child is using a third-party program to speak with others outside of Roblox?

How do I get Robux?

Are there tools to manage my child's spending on Roblox?

\ SEE WHAT PARENTS SAY ABOUT ROBLOX

"Roblox has been such a great experience for my kids. Roblox has inspired their creativity while also teaching them the value of community and teamwork. And it's helping build their communication and math skills in unexpected, positive ways. We love Roblox!"

Leslie G. – San Francisco, CA

COMPANY RESOURCES

Careers
Investor Relations
News

For Parents
Education
Digital Well-Being
FAQ
Contact

© & ™ 2023 Roblox Corporation. All Rights Reserved.

Terms • Privacy • Accessibility

https://web.archive.org/web/20230328011957/https:/corporate.roblox.com/faq/ August 5, 2026 at 1:57 PM PDT

https://corporate.roblox.com/faq/ Go FEB MAR JUN
54 captures 28
19 Jul 2022 - 22 Jul 2025 2022 2023 2024 About this capture




What can I do to keep my child's Roblox account more secure?

What can I do to keep my child's Roblox account private?

Are there any other official Roblox websites?

How much does Roblox cost?

How can I keep my child safe on Roblox?

What parental controls are available on Roblox?

## Can I get free Robux?

## Why is Roblox educational?

## How does chat with reduced filters for 13+ years olds work on Roblox?

## How does Chat with Voice work on Roblox?

## Who can access Chat with Voice?

## How does age verification work on Roblox?

## What can I do if my child is using a third-party program to speak with others outside of Roblox?

As a parent, it's important that you remain vigilant and understand all the applications that your kids or teens are using on their computer or phone.

We recommend talking with them regularly to learn which apps and websites they're using, so that you can then decide if they're appropriate for your family. It's also a good idea to monitor their time on Roblox and discuss basic online safety tips. This includes encouraging them not to reveal personal information online and to tell you if they encounter bullies or anyone exhibiting inappropriate or unwanted behavior.

Voice chat on Roblox is currently in Beta, and limited to select users who are 13 or older. If you believe your kids are accessing voice chat on Roblox, you can check that the age on their account is correct in their Account Settings.

## How do I get Robux?

## Are there tools to manage my child's spending on Roblox?

\ SEE WHAT PARENTS SAY ABOUT ROBLOX

"Roblox has been such a great experience for my kids. Roblox has inspired their creativity while also teaching them the value of community and teamwork. And it's helping build their communication and math skills in unexpected, positive ways. We love Roblox!"

Leslie G. – San Francisco, CA

**COMPANY**

Careers

Investor Relations

News

**RESOURCES**

For Parents

Education

Digital Well-Being

FAQ

Contact

© & ™ 2023 Roblox Corporation. All Rights Reserved.

Terms • Privacy • Accessibility

https://web.archive.org/web/20230328011957/https:/corporate.roblox.com/faq/ August 5, 2026 at 1:58 PM PDT

https://corporate.roblox.com/faq/ Go FEB MAR JUN
54 captures 28
19 Jul 2022 - 22 Jul 2025 2022 2023 2024 About this capture



# Roblox FAQ

What can I do to keep my child's Roblox account more secure?

What can I do to keep my child's Roblox account private?

Are there any other official Roblox websites?

How much does Roblox cost?

How can I keep my child safe on Roblox?

What parental controls are available on Roblox?

Can I get free Robux?

Why is Roblox educational?

How does chat with reduced filters for 13+ years olds work on Roblox?

How does Chat with Voice work on Roblox?

Who can access Chat with Voice?

How does age verification work on Roblox?

What can I do if my child is using a third-party program to speak with others outside of Roblox?

How do I get Robux?

Robux are the virtual currency of Roblox. There are a few different ways Robux can be earned or purchased:

You can purchase Robux on our mobile, browser, and Xbox One apps. Accounts with a Premium membership receive a monthly Robux stipend Accounts with a membership can sell shirts, pants, experience access, in-experience items and Game Passes and get a percentage of the profit There is no such thing as a Robux Generator. If a person, website, or game tries to tell you there is one, this is a scam and should be reported via our Report Abuse system.

For more information on how to get Robux safely and securely, click here.

## Are there tools to manage my child's spending on Roblox?

\ SEE WHAT PARENTS SAY ABOUT ROBLOX

"Roblox has been such a great experience for my kids. Roblox has inspired their creativity while also teaching them the value of community and teamwork. And it's helping build their communication and math skills in unexpected, positive ways. We love Roblox!"

**Leslie G. – San Francisco, CA**

**COMPANY**

Careers

Investor Relations

News

**RESOURCES**

For Parents

Education

Digital Well-Being

FAQ

Contact

© & ™ 2023 Roblox Corporation. All Rights Reserved.

Terms • Privacy • Accessibility

https://web.archive.org/web/20230328011957/https:/corporate.roblox.com/faq/ August 5, 2026 at 1:58 PM PDT

https://corporate.roblox.com/faq/ Go FEB MAR JUN
54 captures 28
19 Jul 2022 - 22 Jul 2025 2022 2023 2024 About this capture



# Roblox FAQ

What can I do to keep my child's Roblox account more secure?

What can I do to keep my child's Roblox account private?

Are there any other official Roblox websites?

How much does Roblox cost?

How can I keep my child safe on Roblox?

What parental controls are available on Roblox?

Can I get free Robux?

Why is Roblox educational?

How does chat with reduced filters for 13+ years olds work on Roblox?

How does Chat with Voice work on Roblox?

Who can access Chat with Voice?

How does age verification work on Roblox?

What can I do if my child is using a third-party program to speak with others outside of Roblox?

How do I get Robux?

## Are there tools to manage my child's spending on Roblox?

As we continue to invest in building more tools and controls to protect our community, we know that parents of our younger users are also looking to have more visibility and control over their kids' activity, starting with how they purchase Robux.

Our **Parental Controls**, which can be accessed via Settings, have become the one-stop shop for parents to:

- Set monthly spending restrictions on under 13 kids' accounts
- Elect to receive email notifications from Roblox on all spend activity (make sure to add your email to the user account under "Account Info" in Settings)
- Set a parent PIN that will be required for any changes to any of the settings, providing an additional layer of security
- Set access to a curated list of experiences and the ability to manage chat and friends.

Roblox also includes measures like payment verification charges, where parents may be asked to verify micro-transactions with our payment provider to ensure payment security. And for additional security, the platform does not store full billing information for any of the accounts.

**Here are the top 5 expert tips:**

1. Have a discussion with your kids about their monthly spend limits and what's appropriate for your family situation and budget. Part of the conversation can include an agreement on a monthly allowance for Roblox or even setting it together with the new Parental Controls.
2. If your kids or teens are asking for Robux, a good way to add a set amount to their account is through the purchase of gift cards or Premium Subscriptions, which eliminates the need for you to enter credit card details for a purchase or to add your card to the account.
3. Check the settings on your third-party provider accounts(iTunes, Google Playstore) and make sure that they're set up to require a password for each purchase made. You can also check your browser settings to prevent your credit card information from being saved (and thus reused) on certain websites. Some providers like Apple's App Store, Google Play or PayPal, do store payment information, but you can find more information about the settings they offer on their respective websites.
4. Spend time with your kids and teens while they're on the platform. Ask them to show you what they enjoy doing and how they spend their Robux. This is a good way to know how people customize their avatars, connect with other kids on the platform and earn items versus purchasing them. These are helpful conversations that will eventually be relevant for real world money too!
5. Finally, talk about responsible purchases—elect to receive email notifications from Roblox on all spend activity (make sure to add your email to the user account under "Account Info" in Settings) so you are aware of the purchases being made, it's important to have a conversation with your kids and teens about their responsibility when it comes to online purchases, both on and off Roblox.

For more information, visit our Help Center.

\ SEE WHAT PARENTS SAY ABOUT ROBLOX

"Roblox has been such a great experience for my kids. Roblox has inspired their creativity while also teaching them the value of community and teamwork. And it's helping build their communication and math skills in unexpected, positive ways. We love Roblox!"

Leslie G. – San Francisco, CA

COMPANY

Careers

Investor Relations

News

RESOURCES

For Parents

Education

Digital Well-Being

FAQ

Contact

© & ™ 2023 Roblox Corporation. All Rights Reserved.

Terms • Privacy • Accessibility