# EXHIBIT D

https://web.archive.org/web/20160131063648/http://corp.roblox.com/parents August 5, 2026 at 1:10 PM PDT

http://corp.roblox.com/parents Go NOV JAN MAR
11,133 captures 31
9 Jan 2012 - 30 Jul 2026 2014 2016 2017 About this capture




Introduction | FAQS | Keeping Kids Safe | Builders Club | Parents and Players Respond

# Keeping Kids Safe

## What we do to keep kids safe online

Above all else, everyone here at ROBLOX is committed to member safety. We take every precaution possible to make sure kids are protected from inappropriate and offensive individuals, as well as from indecent and distasteful content.

### SITE MODERATION

ROBLOX has a team of moderators who are constantly keeping an eye on discussion forums, fielding abuse reports from members, and screening uploaded content. These moderators follow our policies in regard to swearing and obscenities, messages and content of a sexual or violent nature, and any sort of aggressive or threatening communication. In the rare times when an incident does occur, the infringing member is immediately suspended or permanently expelled. For a detailed look at what members can and cannot do, along with potential repercussions, please review our Terms of Service.

### CHAT MODES & FILTERING

There are two chat modes available to members:

- Under Age 13 Whitelist Chat: This is the preferred mode for parents looking for the ultimate in online safety. This option limits what members can say or see to a specific list of pre-approved words. When an under age 13 user signs up with their correct birth date, they are automatically put in this mode. Parents may transition their child to the next mode via the account settings.
- Age 13 and Over Blacklist Chat: This mode allows members to type their own messages when communicating with other members. However, every message that is typed first goes through a filter that blocks inappropriate words and phrases. ROBLOX's adaptive filter also learns to decipher and catch codes or other methods that members might use to bypass the system. Please note: although our filter is continuously being updated and improved, some inappropriate comments may get through. In the event that this happens, members have easy access to a "report abuse" feature.

### MINIMAL INFORMATION COLLECTION

ROBLOX only collects ages, usernames and email addresses (or, in the case of children under 13, a parent's email address). This gives us the ability to ensure safe participation and to recover lost passwords. (If your child forgets a password, we can email a reminder.) Email addresses are not visible anywhere on the site nor will they ever be disclosed to a third party. For more detailed information, please see our Privacy Policy.

## COMMUNICATION GUIDELINES

To help protect your children, we recommend to them that they abide by a number of safety guidelines. These include the following:

- Never give out personal information of any kind, such as your real name, age, location, phone number, or school.
- Never give out your password, except to your parents. If others get it, one or more individuals could pretend to be you. They could give out your personal information or act in an inappropriate way on the site that could get you into trouble.
- Tell your parents if someone says or does something online that makes you feel uncomfortable, or if someone asks you for personal information.
- If someone on the ROBLOX site harasses you or makes any comments that you feel are inappropriate, immediately send an abuse report to the ROBLOX team.
- Choose a username that does not reflect or hint at your real identity. Avoid usernames that are suggestive in any way, even if they seem funny or innocent to you.



ROBLOX.com | Copyright © 2015 ROBLOX Corporation | All Rights Reserved