**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| JAIMEE SEITZ, individually, and as administrator of the Estate of AUDREE HEINE,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION and DISCORD INC., TIKTOK LLC, TIKTOK INC., AND BYTEDANCE INC.,<br><br>Defendants. | Civil Case No. 2:25-cv-00166-DLB-CJS<br><br>Chief Judge David L. Bunning |

**ORDER GRANTING DEFENDANT ROBLOX CORPORATION'S MOTION TO DISMISS**

This matter having been brought to the Court by way of Roblox Corporation's Motion to Dismiss, and the Court having considered the papers submitted on behalf of the Parties, the evidence presented, and the oral argument of counsel, and finding good cause, the Court hereby:

**GRANTS** Defendant's Motion to Dismiss. Plaintiff's Complaint is **DISMISSED IN ITS ENTIRETY WITH PREJUDICE**. Each party shall bear its own costs and fees.