**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| JAIMEE SEITZ, individually, and as administrator of the Estate of AUDREE HEINE,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION, DISCORD INC., TIKTOK LLC, TIKTOK INC., AND BYTEDANCE INC.,<br><br>Defendants. | Civil Case No. 2:25-cv-00166-DLB-CJS<br><br>Judge David L. Bunning |

**DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S MOTION TO COMPEL ARBITRATION**

**REDACTED VERSION OF DOCUMENT**

**SOUGHT TO BE FILED UNDER SEAL**

I, Ronita Jit, declare as follows:

1. I am a Senior Paralegal, Litigation & Legal Operations at Roblox Corporation ("**Roblox**"). Since January 31, 2023, I have been responsible for supporting litigation needs, including assisting with discovery, responding to subpoenas, and conducting dispute-related investigations. Through that work, I am familiar with the systems and records that, among other things, relate to user account activity. I make the statements in this declaration based on my personal knowledge of the matters set forth below and based upon my review of records maintained in the ordinary course of business, and efforts I undertook with Roblox engineers, as discussed further below. If called as a witness, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of Roblox's Motion to Compel Arbitration (the "**Motion**").

3. I have reviewed the Second Amended Complaint ("**SAC**") filed by Jaimee Seitz ("**Plaintiff**") on October 20, 2026 in the United States District Court Eastern District of Kentucky. I understand that Plaintiff brings this suit on behalf of herself and in her capacity as personal representative of her daughter, Audree Heine, who passed away in December 2024.

4. I understand based on information provided by Plaintiff's counsel that Audree Heine's Roblox username was "XxAudi_2011xX."

5. Using this information, I searched Roblox's records for details of the XxAudi_2011xX account's activity on the platform. The unique user ID associated with the XxAudi_2011xX account is 1576819138.

6. I reviewed Roblox's records associated with the username XxAudi_2011xX (the "**XxAudi_2011xX Account Records**"). Review of the XxAudi_2011xX Account Records show the XxAudi_2011xX account was created on April 18, 2020.

7. Roblox users have the option to associate an email address with their Roblox account. Through my search of the XxAudi_2011xX Account Records, I determined the XxAudi_2011xX account was linked to the email addresses dons132@yahoo.com on November

24, 2020 and [redacted] on February 13, 2021. I understand from publicly available sources that Brad Heine is Audree Heine's father. *See, e.g.*, https://nkytribune.com/obituaries-2/audree-megan-heine/ (last accessed October 6, 2026). Once these email addresses were linked to the XxAudi_2011xX account, Roblox sent verification emails to both email addresses. Below is a true and accurate screenshot of a verification email that would have been sent to email addresses linked to Roblox accounts in 2020 and 2021, including dons1232@yahoo.com and [redacted]. According to the XxAudi_2011xX Account Records, the [redacted] email account was verified approximately two minutes after it was added to the XxAudi_2011xX account. This means that the recipient of Roblox's email communication affirmatively clicked the "Verify Email" button to confirm that they wanted to add the [redacted] email address to the XxAudi_2011xX account.



ROBLOX

**Roblox Email Verification**

Hello,
Thanks for choosing to secure your Roblox account [redacted] by providing an email address.
If you submitted this request, please click the button below to complete the verification process:

Verify Email

Thank You,
**The Roblox Team**

Do not reply to this email directly. You are receiving this email because there has been an attempt to verify a Roblox account with your email. If you did not make this request, please disregard this email.

Account safety | Support

8. On November 24, 2020, the XxAudi_2011xX account was also linked to an email address containing Audree Heine's name and the domain for a school: audree.heine@stu.campbell.kyschools.us.

9. I conducted an additional search on Roblox's systems for other Roblox profiles and email addresses associated with the XxAudi_2011xX account and the email addresses identified in paragraphs 7-8 above. Based on that search, I identified another Roblox account which was

linked to the email address [redacted] on August 2, 2019: "twistedpandora12658". The unique user ID associated with the twistedpandora12658 account is 1180935620.

10. I reviewed Roblox's records associated with the username for the twistedpandora12658 account (the "**twistedpandora12658 Account Records,**" and together with the XxAudi_2011xX Account Records, the "**Account Records**"). Review of the twistedpandora12658 Account Records show the twistedpandora12658 account was created on July 28, 2019. The Account Records were made at or near the time of the occurrence and are reliably kept in the regular course of Roblox's business and I regularly query and use data and records of this type as part of my job.

11. I refer to the period from July 28, 2019, when the twistedpandora12658 account was created to December 3, 2024 as the "**Relevant Period**."

12. A summary chart of account activity and assents to the Roblox Terms of Service ("Terms") for the XxAudi_2011xX account and the twistedpandora12658 account is attached as **Exhibit 1**.

13. True and correct copies of the portions of the Account Records relied on in this Motion are attached as **Exhibit 2** (for the XxAudi_2011xX account) and **Exhibit 3** (for the twistedpandora12658 account). These Account Records include: (1) user information; (2) records of agreements to the Terms; (3) billing history; (4) payment history; (5) gift card or game card purchase history; (6) records of last time online; (7) records of parental PINs; (8) login history; (9) IP history; (10) email addresses associated with the accounts; (11) records of device used at sign up; (12) date of birth; and (13) records of game sessions played.

## I. ROBLOX USERS MUST AGREE TO THE TERMS

14. All users must agree to the Terms to use Roblox, and I describe here the ways Roblox secures this agreement. Unless otherwise specified, the facts in this Section I were true

during and throughout the Relevant Period. Specifically, I explain below how Roblox secured user agreement to the Terms (a) at account creation; (b) when the Terms are updated; (c) when a user purchases Robux online; and (d) when a user redeems a digital or physical Roblox gift card (at times, previously referred to as game cards) ("**Gift Card**") for Robux.

15. I attach to this declaration screenshots and images showing what Audree and her parents ("Responsible Adult") would have seen when agreeing to the Terms in these ways. Unless otherwise specified, I either reliably collected these screenshots from records Roblox keeps in the regular course of its business or I reviewed screenshots of pages from https://www.roblox.com taken from the Internet Archive (and then verified their accuracy using data and records Roblox keeps in the regular course of its business in addition to cross-checking open-source records).

16. In all the screens discussed below, the phrase "Terms of Use," whether shown in white, blue, bold, underlined, or any combination, linked directly to the then-in-effect version of the Terms, allowing the user to review the complete Terms before clicking the button on the screen.

**A. Users Must Agree to the Terms at Account Creation.**

17. Users must use Roblox's **"Registration Page"** to create an account before using Roblox. Some users create multiple accounts. Users can create an account on www.roblox.com, which I refer to as creating an account on the **"Web,"** or on the Roblox app, which I refer to as the **"App."**

**1. The Web Registration Page**

18. The Web Registration Page requires a user to agree to the Terms to create an account.

19. From the beginning of the Relevant Period, when the twistedpandora12658 account was created (Ex. 3 at 1), until approximately March 3, 2020, the Web Registration Page stated: "By clicking Sign Up, you are agreeing to the Terms of Use and acknowledging the Privacy Policy." A true and correct screenshot of this version of the Registration Page is attached as **Exhibit 4** and shown below.




***Registration Page from June 2019 to March 3, 2020***

20. On April 18, 2020, when the XxAudi_2011xX account was created (Ex. 2 at 1), the Web Registration Page displayed the same assent language described and depicted in Paragraph 19, above. On approximately March 3, 2020, Roblox made certain other changes to the Web Registration Page unrelated to securing user agreement to the Terms. Specifically, on approximately March 3, 2020, Roblox changed the Web Registration Page to a darker background depicting several Roblox experiences. A true and correct screenshot of this Web Registration Page is attached as **Exhibit** 5 and shown below.




*Registration Page from March 3, 2020 to June 2022*

**2. The App Registration Page**

21. A user can also create an account using the Roblox App. Like the Web Registration Page, the App Registration Page requires a user to agree to Terms to create an account.

22. Throughout the Relevant Period, all versions of the App Registration Page have (a) included assent language informing the user that they are agreeing to hyperlinked Terms by clicking a button; and (b) positioned the button in close proximity to the assent language.

23. I worked with an engineer at Roblox to reliably reproduce screenshots of App Registration Pages as they would have appeared during the Relevant Period. Specifically, I worked with an engineer to identify the version of the App that was current as of July 28, 2019 and April 18, 2020. These dates correspond with the account creation dates for the twistedpandora12658 account and the XxAudi_2011xX account where the device used at signup was a phone or tablet. Ex. 2 at 1; Ex. 3 at 1.

24. We then used software to run each of these versions of the App to render the App Registration Page corresponding to each App version.[1] Using this method, we retrieved screenshots of the App Registration Page that a user running each version of the App specified in Paragraph 23 above would have seen. True and correct copies of these screenshots are attached as **Exhibit 6** (for July 28, 2019) and **Exhibit 7** (for April 18, 2020). The App Registration Pages depicted in Exhibits 6 and 7 are substantially identical. Exhibit 6 is reproduced below.

[1] This method allowed us to reliably retrieve screenshots showing the assent language, buttons, and layout of the App Registration Pages that users running those versions of the App would have seen. To the extent there were other background elements, these may not appear.




***App Registration Page for July 28, 2019***

**B. Users Must Agree to Updated Terms.**

25. Roblox periodically updates its Terms. Roblox has made four material changes to the Terms that I understand are at issue here, on August 1, 2023; February 15, 2024; June 12, 2024; and November 6, 2024. Ex. 2 at 2–6. For each of these updates, Roblox notified users in advance and obtained their agreement to the updated Terms.[2]

26. First, approximately one month before the effective date of the Terms update,

[2] Of these changes, only one—made on August 1, 2023—involved the Terms' arbitration clause.

Roblox notified users by sending a message directly to their accounts. These messages were emphasized with a "jewel notification" on the Messages page. In each of these messages, users were notified that they, or their parent or guardian if they were a minor, would need to agree to the updated Terms to continue using Roblox, or they could close their account before the updates went into effect, if they did not agree.

27. A true and correct screenshot of a depiction of the message Roblox sent to users in connection with one of these material updates is attached as **Exhibit 8** (August 1, 2023 update).

28. Second, following each update, Roblox caused a pop-up blocker card to appear when the user next accessed Roblox (whether on the App or Web). The pop-up card blocked the user from continuing to use Roblox until they accepted the Terms. That is why these are called **"Blocker Cards."**

29. From February 2024 onwards, the Blocker Cards have stated: "To continue using Roblox, please select 'I agree' to agree to our updated terms below. If you are a minor, please show this to your parent or guardian. Changes have been made to the following documents:" For Terms updates, the Blocker Card hyperlinks to "Terms of Use," followed by an "I Agree" button.[3] A true and correct screenshot of the Blocker Card sent in connection with the November 6, 2024 Terms update as it would have appeared when accessing a Roblox account from a computer or tablet is attached as **Exhibit 9** and shown immediately below.[4]

[3] When there are material changes to other documents—such as Roblox's privacy policy—that the user has not already accepted, the document also is hyperlinked, as shown in the example.

[4] **Exhibits 9 and 12** have been redacted to obscure the username of the user logged in during the capture of the respective screenshots.




*Blocker Card for November 6, 2024Update (Web)*

30. **Exhibit 10,** shown below, is a close-up of the same Blocker Card from the November 6, 2024 Terms update.




*Blocker Card from November 6, 2024 Update (Web)*

31. The Blocker Card was materially the same whether viewed on the Web or on the App. A true and correct copy of the Blocker Card sent in connection with the November 6, 2024 Terms update as it would have appeared on the App, is attached as **Exhibit 11** and shown below.




***Blocker Card from November 6, 2024 (App)***

32. The Blocker Cards were materially the same for every update to the Terms referenced in Paragraph 25, except for the August 2023 update, which used slightly different

language. A true and correct copy of a mock-up of the Blocker Card for the August 2023 update is attached as **Exhibit 12**.

33. Any user presented with a Blocker Card had to click "I Agree" to continue using Roblox.

**C. Indications of Parental Involvement**

**1. Audree's Parent Configured a Parental PIN**

34. A review of Roblox's systems indicates a parent PIN was enabled on the XxAudi_2011xX account on February 15, 2021 at approximately 6:29 pm PT and was later disabled that same day at approximately 8:56 pm PT. While enabled, a Roblox parent PIN allowed parents to set and lock certain account settings such that the minor user of the account (i.e., their child) could not change those settings without the PIN. Ex. 2 at 12.

**2. Purchasing Robux Binds the Purchaser to Roblox's Terms**

35. Robux is a digital, virtual currency that can be used to acquire virtual content or access to certain experiences on the Roblox platform.

36. Users agree to the Terms when they buy Robux directly through their accounts. From the beginning of the Relevant Period until January 2023, these purchases were processed exclusively by Xsolla.

37. The Account Records show that the XxAudi_2011xX account made two purchases that were processed by the payment processor Xsolla. Ex. 2 at 7, 9, 9.1. During the Relevant Period, purchases of this type required the purchaser to assent to the Terms by clicking a final "Pay Now" button or its equivalent. Language indicating that completing a purchase constituted assent to the Terms always appeared in close proximity to the button and linked to the Terms then in effect. While elements of the Xsolla pages have changed over time, the Web purchase flow has, at all relevant times, clearly disclosed that clicking "pay" or an equivalent button constitutes agreement to the Terms—and has linked to the Terms then in effect. True and correct copies of screenshots of examples of how the Xsolla purchase page would have appeared on a web browser are attached as **Exhibits 13** and **14** and shown below.




***Robux Purchase Flow (Xsolla)***




***Robux Purchase Flow (Xsolla)***

### 3. Gift Card Purchases and Redemptions Bind the Purchaser and Redeemer to Roblox's Terms

38. Users also can obtain Roblox Gift Cards, which can be redeemed for Robux. Roblox sells physical and electronic Gift Cards. Roblox Gift Cards are available for purchase at major retailers in the United States, such as 7-Eleven, Walmart, Target, Amazon and Rite Aid Pharmacy, among others. Each Gift Card has a unique redemption code. With that code, I am able to retrieve images of the specific card art design related to a unique redemption code from Roblox's card art vendor.

39. A review of the Account Records show that Roblox Gift Cards were redeemed five times on the XxAudi_2011xX account between November 20, 2021 and July 23, 2024. Ex. 2 at 10.

40. From April 24, 2023 to the present, Roblox has included the following language on the backs of all Roblox Gift Cards: "By purchasing, accepting or redeeming this card, you (or your parent or guardian if you are under 18 years old) agree to these terms and conditions and the Roblox Terms of Use (available at www.roblox.com/termsofuse), which are both subject to change."

41. At least two of the Roblox Gift Cards redeemed by the XxAudi_2011xX account contained the language referenced in the preceding paragraph. True and correct copies of the art for the Gift Cards redeemed by the XxAudi_2011xX account on June 25, 2024 and July 23, 2024 are attached as **Exhibit 15** and **Exhibit 16**, respectively.

42. Once purchased, the redemption code for each Gift Card can be used after logging into a Roblox account and navigating to "www.roblox.com/redeem." I refer to this page as the **"Redemption Page."**[5]

43. At all relevant times, the Redemption Page included a field for the user to enter a redemption code. During all relevant times, users saw disclosure language either directly above or beneath the "Redeem" button notifying them that redeeming Robux constituted agreement to the Terms. There have been two versions of this Redemption Page assent language in effect from

[5] Roblox Gift Cards cannot be redeemed on gaming consoles, such as Xbox.

November 20, 2021, when the first at-issue gift card was redeemed on the XxAudi_2011xX account to July 23, 2024, when the last gift card was redeemed on the XxAudi_2011xX account, as discussed below. Ex. 2 at 10.

44. From September 9, 2021 until April 24, 2023, the Redemption Page stated: "By redeeming your code, you represent that you, and your parent or legal guardian if you are under age 18, agree to our **Terms of Use** including the arbitration clause and to our **Privacy Policy**." A true and correct image of this version of the Redemption Page is attached as **Exhibit 17**, and shown below.




45. From April 24, 2023 until December 24, 2024, the Redemption Page stated: "By redeeming your code, you represent that you, and your parent or legal guardian if you are under age 18, agree to our **Terms of Use** including the arbitration clause and **Gift Card Terms & Conditions** and acknowledge our **Privacy Policy**." A true and correct image of this version of the Redemption Page is attached as **Exhibit 18**.

## II. THE TERMS

46. As discussed above, each time "Terms of Use" appeared in the assent screens

referenced in Section I, that phrase hyperlinked to the then-effective version of the Terms. The Terms are also hyperlinked at the bottom of webpages on the Roblox website.

47. Using the Internet Archive, I reviewed the version of the Terms that Audree and her Responsible Adult would have seen when the XxAudi_2011xX account and the twistedpandora12658 account were created, as well as for each of the material updates to the Terms for which Roblox showed users Blocker Cards.[6] I used information and data reliably kept in the regular course of Roblox's business to confirm the accuracy of these captures. I have attached each of these versions of the Terms as exhibits. The following chart shows which exhibits correspond to specific versions of the Terms.

| **Exhibit** | **Terms Version**[7] |
|---|---|
| 19 | From Start of Relevant Period |
| 20 | Starting August 1, 2023 |
| 21 | Starting February 15, 2024 |
| 22 | Starting June 12, 2024 |
| 23 | Starting November 6, 2024 |

48. Every version of the Terms in effect during the Relevant Period included a mandatory arbitration agreement. Throughout the Relevant Period, the introductory sections to the Terms have emphasized this to users. For example, since August 1, 2023, the introductory section of the Terms has stated: "For U.S. Users, Roblox's Arbitration Agreement . . . outlines how disputes between [the user] and Roblox will be resolved," and that "these Roblox Terms contain **A BINDING, INDIVIDUAL ARBITRATION AND CLASS ACTION WAIVER. THIS MEANS THAT YOU GIVE UP THE RIGHT TO BRING AN ACTION IN COURT,**

[6] The Internet Archive is available at https://archive.org and is also referred to as the WayBack Machine.

[7] During the Relevant Period, Roblox made other stylistic changes to the Terms that it did not deem material. I have limited the attachments here to just the material updates. However, if the Court so requests, I can provide additional versions of the Terms showing these minor changes as well.

**INDIVIDUALLY OR AS PART OF A CLASS ACTION**."

**A. The Arbitration Agreement During the Relevant Period**

49. This arbitration agreement in the Terms was most recently updated on August 1, 2023 and the content has not changed since that time (the "Arbitration Agreement").

50. The Arbitration Agreement states: "[Y]ou agree that any dispute, claim, or controversy you may have with Roblox arising under or relating in any way to the Roblox Terms or the Services" will be arbitrated.

51. Since at least August 1, 2023, the Arbitration Agreement provides that arbitration will proceed under FedArb's Expedited Arbitration Rules and, where applicable, its Framework for Mass Arbitration Proceedings ADR-MDL.

52. At all relevant times, the arbitration agreement in the Terms has included a provision expressly delegating all questions of arbitrability to the arbitrator (the "Delegation Clause"). Since at least August 1, 2023 the Arbitration Agreement states:

> Delegation; Interpretation. The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to the extent permitted by law to resolve all Disputes arising out of or relating to the interpretation, applicability, enforceability, or formation of the Roblox Terms, including, but not limited to, any claim that all or any part of the Roblox Terms is void or voidable; however, in the event of a Dispute about which particular version of the Roblox Terms you agreed to, a court will decide that specific question prior to the commencement of the arbitration. This Arbitration Agreement is intended to be broadly interpreted and will survive termination of the Roblox Terms.

53. The FedArb Rules incorporated by the Arbitration Agreement likewise give the arbitrator authority to decide challenges to the arbitrator's own jurisdiction, stating that "[t]he Tribunal shall have the power to hear and determine challenges to its jurisdiction, including any objections with respect to the existence, scope or validity of the arbitration clause[.]" The Rules are available at https://fedarb.com/fedarb-rules/#rule502.

**B. The Ability to Opt Out of Arbitration**

54. Versions of the Terms Audree agreed to make clear that a user, or a minor's parent

or guardian, may opt out of the arbitration agreement. To do so within 30 days of first using Roblox's services, or within 30 days of Roblox's notice of a material change to the arbitration terms, the user must send Roblox a written "Arbitration Opt-Out Notice."

55. I searched the Records for any Arbitration Opt-Out Notice associated with Audree's accounts, including any associated email addresses or phone numbers. I found no record that Roblox ever received such a notice from Audree or her parent or guardian.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 6, 2026 in San Mateo, California.

By: Ronita Jit
Ronita Jit