# EXHIBIT 1
# to Declaration of
# R. Jit

| Assent Date | Account Username | Assent Type/Event | Exhibit |
|---|---|---|---|
| 2019/07/28 | Twistedpandora12658 | Account Creation | Exhibit 4; Exhibit 6; Exhibit 3 at 1 |
| 2020/04/18 | XxAudi_2011xX | Account Creation | Exhibit 5; Exhibit 7; Exhibit 2 at 1 |
| 2021/02/14 | XxAudi_2011xX | Robux Purchase (Xsolla) | Exhibit 13; Exhibit 14; Exhibit 2 at 7; Exhibit 2 at 9 |
| 2021/11/20 | XxAudi_2011xX | Gift Card Redemption | Exhibit 17; Exhibit 2 at 10 |
| 2021/12/25 | XxAudi_2011xX | Gift Card Redemption | Exhibit 17; Exhibit 2 at 10 |
| 2022/05/17 | XxAudi_2011xX | Gift Card Redemption | Exhibit 17; Exhibit 2 at 10 |
| 2023/08/07 | XxAudi_2011xX | Blocker Card - Terms Update | Exhibit 8; Exhibit 2 at 3; Exhibit 2 at 6 |
| 2024/01/01 | XxAudi_2011xX | Robux Purchase (Xsolla) | Exhibit 13; Exhibit 14; Exhibit 2 at 7; Exhibit 2 at 9 |
| 2024/02/18 | XxAudi_2011xX | Blocker Card - Terms Update | Exhibit 9; Exhibit 10; Exhibit 11; Exhibit 2 at 4; Exhibit 2 at 6 |
| 2024/06/17 | XxAudi_2011xX | Blocker Card - Terms Update | Exhibit 9; Exhibit 10; Exhibit 11; Exhibit 2 at 4; Exhibit 2 at 6 |
| In or about 2024-June | XxAudi_2011xX | Gift Card Purchase | Exhibit 15; Exhibit 2 at 10 |
| 2024/06/25 | XxAudi_2011xX | Gift Card Redemption | Exhibit 18; Exhibit 2 at 10 |
| In or about 2024-July | XxAudi_2011xX | Gift Card Purchase | Exhibit 16; Exhibit 2 at 10 |
| 2024/07/23 | XxAudi_2011xX | Gift Card Redemption | Exhibit 18; Exhibit 2 at 10 |
| 2024/11/30 | XxAudi_2011xX | Blocker Card - Terms Update | Exhibit 9; Exhibit 10; Exhibit 11; Exhibit 2 at 5; Exhibit 2 at 6 |
| 2025/10/20 | | Complaint Filed | |