# EXHIBIT 3
# to Declaration of
# R. Jit

| user_id | user_name | display_name | description | date_of_birth | created_utc | gender |
|---|---|---|---|---|---|---|
| 1180935620 | twistedpandora12658 | | | 11/25/2011 | 7/28/2019 14:09 | Female |

Pretty-print ☑


```
{
  "results": [
    {
      "agreement": {
        "id": "848d8d8f-0e33-4176-bcd9-aa4e22ae7905",
        "version": 1,
        "agreementType": "TermsOfService",
        "clientType": "Web",
        "regulationType": "Global",
        "displayUrl": "https://en.help.roblox.com/hc/en-us/articles/115004647846-Roblox-Terms-
of-Use",
        "archiveUrl": "https://confluence.rbx.com/display/PRIVACY/Global-ToS-2019-12-06",
        "createdDateTime": "2020-05-05T21:29:14.4221579Z",
        "rolloutPercentage": null,
        "isOptionalAgreement": null,
        "requiredMinClientVersion": null,
        "effectiveDate": null
      },
      "acceptedDatetime": "2022-03-12T07:24:12.6606079Z",
      "actorUserId": null
    },
    {
      "agreement": {
        "id": "54d8a8f0-d9c8-4cf3-bd26-0cbf8af0bba3",
        "version": 1,
        "agreementType": "PrivacyPolicy",
        "clientType": "Web",
        "regulationType": "Global",
        "displayUrl": "https://en.help.roblox.com/hc/en-us/articles/115004630823-Roblox-
Privacy-and-Cookie-Policy-",
        "archiveUrl": "https://confluence.rbx.com/display/PRIVACY/Global-PrivacyPolicy-2019-
12-20",
        "createdDateTime": "2020-05-05T21:33:24.4566298Z",
        "rolloutPercentage": null,
        "isOptionalAgreement": null,
        "requiredMinClientVersion": null,
        "effectiveDate": null
      },
      "acceptedDatetime": "2022-03-12T07:24:12.6606079Z",
      "actorUserId": null
    }
  ]
}
```

| user_id | acceptance_id | agreement_id | agreement_type | agreement_version | regulation_type | client_type | accepted_utc |
|---|---|---|---|---|---|---|---|
| 1180935620 | 1180935620:848d8d8f-0e33-4176-bcd9-aa4e22ae7905 | 848d8d8f-0e33-4176-bcd9-aa4e22ae7905 | TermsOfService | 1 | Global | Web | 3/12/2022 7:24 |

| user_id | last_online_utc |
|---|---|
| 1180935620 | 8/3/2019 1:05 |

Username Twistedpandora12658 - UserID 1180935620 - Last online

| id | userid | created |
|---|---|---|
| 3001533616 | 1180935620 | 8/2/2019 15:42 |
| 1275771664 | 1180935620 | 7/28/2019 9:09 |

| address | first_accessed | last_accessed | country | region | city | isp | vpn_type |
|---|---|---|---|---|---|---|---|
| 172.56.29.176 | 2019-08-02T21:49:20.970Z | 2019-08-02T21:49:20.970Z | United States | Pennsylvania | Philadelphia | T-Mobile USA | None |
| 74.128.179.100 | 2019-08-02T20:55:35.990Z | 2019-08-03T00:09:33.370Z | United States | Kentucky | Latonia | Spectrum | None |
| 172.56.28.220 | 2019-08-02T20:42:46.397Z | 2019-08-02T20:42:46.397Z | United States | Pennsylvania | Philadelphia | T-Mobile USA | None |
| 172.58.201.118 | 2019-07-28T16:01:43.717Z | 2019-07-28T16:01:43.717Z | United States | Delaware | Newark | T-Mobile USA | None |
| 172.58.200.54 | 2019-07-28T14:09:54.500Z | 2019-07-28T14:09:54.500Z | United States | Pennsylvania | Philadelphia | T-Mobile USA | None |

| user_id | country | region | verified | created_utc | is_current |
|---|---|---|---|---|---|
| 1180935620 | United States | | FALSE | 7/28/2019 14:09 | TRUE |
| 1180935620 | United States | | FALSE | 7/28/2019 14:09 | FALSE |
| 1180935620 | | | FALSE | 7/28/2019 14:09 | FALSE |

| user_id | email_address | is_verified | is_disabled | is_current | email_address_added_utc | email_address_last_updated_utc |
|---|---|---|---|---|---|---|
| 1180935620 | [redacted] | FALSE | FALSE | TRUE | 8/2/2019 22:58 | 8/2/2019 22:58 |

| pii_userid | pii_accountid | createdateutc | createdateolap | gendertypeid | gender | pii_birthdate | pii_country_ip_address | country |
|---|---|---|---|---|---|---|---|---|
| 1180935620 | 1177689498 | 09:54.4 | 09:54.4 | 3 | Female | 11/25/2011 | 172.58.200.54 | United States |

| platformtypeid | browsertrackerid | acquisitiontime | acquisitionmedium | acquisitionsource | acquisitioncampaign | marketingtype |
|---|---|---|---|---|---|---|
| 24 | | 7/26/2019 16:42 | Direct | | | WOM |

| ds | platform_id | platform_type | platform | platform_group | pgroup | os | device_type | ecosystem_type |
|---|---|---|---|---|---|---|---|---|
| 3/1/2026 | 24 | Android: high-end phone | Android Phone | Phone | Android Phone | Android | Phone | Phone |

Username Twistedpandora12658 - UserID 1180935620 - Device Used at Sign Up

| user_id | date_of_birth |
|---|---|
| 1180935620 | 11/25/2011 |

| dob | create_time | created_before_time | updated_by |
|---|---|---|---|
| 11/25/2011 | 2019-07-28T09:09:54.000Z | | robloxUsers/1180935620 |