# EXHIBIT 5 to Declaration of R. Jit

Log In

# ROBLOX

## SIGN UP AND START HAVING FUN!

Birthday

Month | Day | Year

Username

Don't use your real name

Password

Gender

By clicking Sign Up, you are agreeing to the Terms of Use and acknowledging the Privacy Policy

Sign Up

## ROBLOX ON YOUR DEVICE

Download on the App Store

GET IT ON Google Play

available at amazon appstore

XBOX ONE

Get it from Microsoft