# EXHIBIT 6 to Declaration of R. Jit

4:10
5G
SIGNUP
LOGIN
Birthday
--
--
----
Username
Don't use your real name.
Password
Male
Female
By tapping Sign Up, you are agreeing to the Terms of Use and acknowledging the Privacy Policy.
Cancel
Sign Up