# EXHIBIT 9 to Declaration of R. Jit


[redacted]
Charts
Marketplace
Create
Robux
Search
Home
Friends (12)
[redacted]
Today's Picks
A curated selection of daily highlights
Event
Update
PRO
Anime Defenders [RED ONE]
Red One Raid event
Speed Draw! [UPDATE!]
Play the Paintball minigame
Reborn As Swordsman
Master the blade
Updated Agreements
To continue using Roblox, please select "I Agree" to agree to our updated Terms of Use and acknowledge our Privacy Policy. If you are a minor, please show this to your parent or guardian. Changes have been made to the following documents:
Terms of Use
Privacy Policy
I Agree