# EXHIBIT 10 to Declaration of R. Jit


Updated Agreements
To continue using Roblox, please select "I Agree" to agree to our updated Terms of Use and acknowledge our Privacy Policy. If you are a minor, please show this to your parent or guardian. Changes have been made to the following documents:
Terms of Use
Privacy Policy
I Agree