# EXHIBIT 11 to Declaration of R. Jit


11:13
95
Updated Agreements
To continue using Roblox, please select "I agree" to agree to our updated terms below. If you are a minor, please show this to your parent or guardian. Changes have been made to the following documents:
Terms Of Use
Privacy Policy
I Agree