# EXHIBIT 12 to Declaration of R. Jit


Home
Search
[redacted]
Continue Playing →
Roblox Headquarters
Farm Days
Front Page
Updated Agreements
To continue playing on Roblox, please agree to our updated Terms of Service. Changes have been made to the following sections:
PII Agreement
PII Transfer
Terms of Use
Privacy Policy
I Agree
Recommended For You →
[POL, DIO, DIAVOLO]...
Friends Playing →
[MONKE RACE!] Blood Samurai 2
A Universal Time
Arsenal
Pit of Hell
Bitcoin Miner [Beta]
[RDC 2019] ...Tycoon?
[RDC 2018] Vertigo