# EXHIBIT 13 to Declaration of R. Jit

## Payment via Bank card




By submitting payment information you acknowledge that you are at least 18 years old, and that you have read, understood and agree to be bound by Xsolla's End-User License Agreement, Privacy Policy, Refund Policy, Roblox Terms including the arbitration clause, and Roblox Privacy Policy along with the applicable refund and cancellation policies. You authorize Xsolla to charge the total amount shown on this page plus any applicable tax. Please note that the merchant name on your payment method statement will read as Xsolla (USA), Inc. and Xsolla should be contacted for any refunds related to this purchase.