# EXHIBIT 14
# to Declaration
# of
# R. Jit

Card number

Required

...te

ZIP code

60015

...YY

CVV2/CVC2

Roblox Premium 450

Next payment is due on Sep 18, 2023. You may cancel at any time.

US$4.99

SubTotal US$4.99

Total US$4.99

Currency exchange rates may apply

I authorize Xsolla to automatically charge me the total amount shown on this page and applicable tax each month continuously until I cancel. I may change or cancel at any time by contacting Xsolla Customer Support at help.xsolla.com. No partial refunds.

By submitting your payment card information, you acknowledge that you are at least 18 years old, you have read, understood, and agree to be bound by our service provider Xsolla's End-User License Agreement, Privacy Policy, Refund Policy, Roblox Terms including the arbitration clause, and Roblox Privacy Policy along with the applicable refund and cancellation policies. You authorize Xsolla to charge the total amount shown on this page plus any applicable tax. Please note that the merchant name on your payment method statement will read as Xsolla (USA), Inc. and Xsolla should be contacted for any refunds related to this purchase.

Email to get a receipt

Optional

Total US$4.99 Pay now

Xsolla is an authorized video game software distributor providing clients with advanced technical tools for their games.

Privacy Policy | EULA | Refund Policy | Legal Agreements

© 2006-2023 Xsolla
Secure Connection