**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| JAIMEE SEITZ, individually, and as administrator of the Estate of AUDREE HEINE,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION and DISCORD INC., TIKTOK LLC, TIKTOK INC., AND BYTEDANCE INC.,<br><br>Defendants. | Civil Case No. 2:25-cv-00166-DLB-CJS<br><br>Chief Judge David L. Bunning |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October, 2026, true and correct copies of the documents described below:

1. **DEFENDANT ROBLOX CORPORATION'S MOTION TO COMPEL ARBITRATION (ORAL ARGUMENT REQUESTED)(UNDER SEAL);**
2. **DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S MOTION TO COMPEL ARBITRATION (UNDER SEAL);**
3. **EXHIBIT 2 TO DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S MOTION TO COMPEL ARBITRATION (UNDER SEAL); AND**
4. **EXHIBIT 3 TO DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S MOTION TO COMPEL ARBITRATION (UNDER SEAL),**

on the following part(ies) in this action:

Alexandra M. Walsh
D. Patrick Huyett
Kristen M. Feden
**Anapol Weiss**
130 N. 18th Street
One Logan Square, Suite 1600

Adam S. Sieff
**Davis Wright Tremaine LLP - CA**
350 Grand Avenue, 27th Floor
Los Angeles, CA 90017
Telephone: 213-633-6800
Email: adamsieff@dwt.com

Philadelphia, PA 19103
Telephone: 202-780-3014
Facsimile: 215-735-2211
Email: awalsh@anapolweiss.com
phuyett@anapolweiss.com
kfeden@anapolweiss.com

Davis Cooper
Joseph O. Masterman
**Cooper Masterman PLLC**
1717 Pennsylvania Avenue, NW Suite 1025
Washington, DC 20006
Telephone: 202-866-0171
Email: davis@coopermasterman.com
joe@coopermasterman.com

James Nicholas Thompson Tad Thomas
**Thomas Law Offices, PLLC - KY**
9418 Norton Commons Boulevard Suite 200
Louisville, KY 40059
Telephone: 502-386-9198
Email:nick.thompson@thomaslawoffices.com
tad@thomaslawoffices.com

*Attorneys for Plaintiff*

Ambika Kumar
Sara Anne Fairchild
Xiang Li
**Davis Wright Tremaine LLP - WA**
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-757-8030
Email: ambikakumar@dwt.com
sarafairchild@dwt.com xiangli@dwt.com

Azeezat Adenike Adeleke
**Davis Wright Tremaine LLP - DC**
1301 K Street, N.W., Suite 500 E.
Washington, DC 20005
Telephone: 202-973-4234
Email: azeezatadeleke@dwt.com

Lilian Williams Ball
Palmer G. Vance , II
**Stoll Keenon Ogden, PLLC - Lexington**
300 W. Vine Street, Suite 2100
Lexington, KY 40507
Telephone: 859-231-3606
Email: lilian.ball@skofirmcom
gene.vance@skofirm.com

*Attorneys for Defendant Discord, Inc.*

David Mattern
Thomas Spiegler
**King & Spalding LLP - DC**
1700 Pennsylvania Avenue NW, Suite 200
Washington, DC 20006
Telephone: 202-626-2946
Email: dmattern@kslaw.com
tspiegler@kslaw.com

Geoffrey M. Drake
**King & Spalding LLP - GA**
1180 Peachtree Street N.E., Suite 1600
Atlanta, GA 30309
Telehone: 404-572-4726
Fax: 404-572-5137
Email: gdrake@kslaw.com

Lori E. Hammond
**FBT Gibbons LLP - Louisville**
400 W. Market Street, Suite 3200
Louisville, KY 40202
Telephone: 502-779-8440
Email: lhammond@fbtgibbons.com

*Attorneys for Defendant TikTok LLC, Tiktok Inc. and Bytedance Inc.*

Dated at Chicago, Illinois, this 6th day of October, 2026.

*/s/ Tiana Demas*
Tiana Demas
Counsel for Defendant Roblox Corporation