**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| JAIMEE SEITZ, individually, and as administrator of the Estate of AUDREE HEINE,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION and DISCORD INC., TIKTOK LLC, TIKTOK INC., AND BYTEDANCE INC.,<br><br>Defendants. | Civil Case No. 2:25-cv-00166-DLB-CJS<br><br>Chief Judge David L. Bunning |

**DECLARATION OF THOMAS P. PEABODY IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S MOTION TO DISMISS**

I, Thomas P. Peabody, hereby declare as follows:

1. I am an attorney in the law firm Cooley LLP and duly admitted *pro hac vice* before this Court. ECF No. 54-1. I am counsel of record for Defendant Roblox Corporation ("Roblox") in the above-captioned matter. I submit this declaration in support of Roblox's Motion to Dismiss the Second Amended Complaint ("SAC") of Jaimee Seitz ("Plaintiff"). I have personal knowledge of the matters set forth herein.

2. Attached as **Exhibit A** is a true and correct copy of 2017 Parents' Guide, which Plaintiff cites in the SAC at ¶ 38. I accessed the webpage on October 6, 2026 at https://web.archive.org/web/20170716032712/https://corp.roblox.com/parents/, which is the same URL Plaintiff included in the SAC at ¶ 38, n. 12 and 13. Exhibit A reflects the entirety of the webpage as it appeared at that time, including content beyond the portion quoted in the SAC. To

my knowledge, the archived copy from the wayback machine is a true and accurate copy of the 2017 Parents' Guide.

3. Attached as **Exhibit B** is a true and correct copy of 2023 Parents' Guide, which Plaintiff cites in the SAC at ¶ 39. I accessed the webpage on October 6, 2026 at https://web.archive.org/web/20230405060048/https://corporate.roblox.com/parents/, which is the same URL Plaintiff included in the SAC at ¶ 39, nn. 14 and 15. Exhibit B reflects the webpage as it appeared at that time,[1] including content beyond the portion quoted in the SAC. To my knowledge, the archived copy from the wayback machine is a true and accurate copy of the 2023 Parents' Guide.

4. Attached as **Exhibit C** is a true and correct copy of the 2023 Frequently Asked Questions, which Plaintiff cites in the SAC at ¶ 39. I accessed the webpage on October 6, 2026 at https://web.archive.org/web/20230328011957/https://corporate.roblox.com/faq/, which is the same URL Plaintiff included in the SAC at ¶ 39, n. 16. Exhibit C reflects the webpage as it appeared at that time, with the dropdowns selected in seriatim form, including content beyond the portion quoted in the SAC. To my knowledge, the archived copy from the wayback machine is a true and accurate copy of the 2023 Frequently Asked Questions.

5. Attached as **Exhibit D** is a true and correct copy of the "Keeping Kids Safe" tab of the 2016 Parent's Guide, which Plaintiff cites in the SAC at ¶ 37. I accessed the webpage on October 6, 2026 at https://web.archive.org/web/20160131063648/http://corp.roblox.com/parents, which is the same URL Plaintiff included in the SAC at ¶ 37, n. 10. Exhibit D reflects the entirety of the webpage as it appeared at that time, including content beyond the portion quoted in the SAC.

[1] This is so with two exceptions: (1) certain interactive features unsuitable for PDF download are not reflected in Exhibit B; (2) Exhibit B contains a white, rather than black, background.

To my knowledge, the archived copy from the wayback machine is a true and accurate copy of the "Keeping Kids Safe" tab of the 2016 Parent's Guide.

6. Attached as **Exhibit E** is a true and correct copy of the 2019 Parent's Guide, which was in effect when Plaintiff's daughter's Roblox accounts were created in July 2019 and April 2020. *See* Def. Roblox Corp. Mot. to Compel Arbitration, Jit Decl. ¶¶ 6, 10 (Oct. 6, 2026). I accessed these webpages on October 6, 2026 at https://web.archive.org/web/20190718113233 /https://connectsafely.org/roblox/ and https://web.archive.org/web/20200416201027/https:// connectsafely.org/roblox/. Exhibit E reflects the entirety of the webpages as they appeared at that time. To my knowledge, the archived copy from the wayback machine is a true and accurate copy of the 2019 Parent's Guide.[2]

7. Attached as **Exhibit F** is a true and correct copy of the May 19, 2026 version of the Roblox Terms of Use (the "Terms") that were in effect at the time the SAC was filed. I obtained the Terms on October 6, 2026 from https://web.archive.org/web/20260828010608/https://en .help.roblox.com/hc/en-us/articles/115004647846-Roblox-Terms-of-Use, which is the webpage a user would have seen by clicking on the hyperlinked "Terms of Use" on the Roblox sign-up screen.[3] Plaintiff include a screenshot of the Roblox sign-up screen that was in effect when the SAC was filed at ¶ 26. Exhibit F reflects the entirety of the Terms. To my knowledge, Exhibit F is a true and accurate copy of the Terms as they existed on that date.

---

[2] The SAC alleges at ¶ 250 that Plaintiff's daughter began using Roblox when she was eight years old, and as set forth in the Motion to Compel, her accounts were opened on July 28, 2019 and April 18, 2020. *See* Def. Roblox Corp. Mot. to Compel Arbitration, Jit Decl. ¶¶ 6, 10 (Oct. 6, 2026). Exhibit E is an archived capture of the webpage on July 18, 2019 and April 16, 2020.

[3] This is an archived capture of the webpage dated August 28, 2026, which is the closest capture available to the date the SAC was filed. To my knowledge, the same version of the Terms remained in effect on September 4, 2026, and no Wayback Machine capture exists for that date.

8. Attached as **Exhibit G** is a true and correct copy of the July 1, 2019 version of the Roblox Terms of Use (the "Terms") that were in effect when Plaintiff's daughter's Roblox accounts were created in July 2019. *See* Def. Roblox Corp. Mot. to Compel Arbitration, Jit Decl. ¶¶ 6, 10 (Oct. 6, 2026).[4] I obtained the Terms on October 6, 2026 from https://web.archive.org/web/20190701092203/https://en.help.roblox.com/hc/en-us /articles/115004647846-Roblox-Terms-of-Use, which is the webpage a user would have seen by clicking on the hyperlinked "Terms of Use" on the Roblox sign-up screen. Exhibit G reflects the entirety of the Terms. To my knowledge, Exhibit G is a true and accurate copy of the Terms as they existed on that date.

9. Attached as **Exhibit H** is a true and correct copy of the March 3, 2020 version of the Roblox Terms of Use (the "Terms") that were in effect when Plaintiff's daughter's second Roblox account was created in April 2020.[5] I obtained the Terms on October 6, 2026 from https://web.archive.org/web/20200303200017/https://en.help.roblox.com/hc/en-us/articles/1150 04647846-Roblox-Terms-of-Use, which is the webpage a user would have seen by clicking on the hyperlinked "Terms of Use" on the Roblox sign-up screen. Exhibit H reflects the entirety of the Terms. To my knowledge, Exhibit H is a true and accurate copy of the Terms as they existed on that date.

[4] Exhibit G is an archived capture of the webpage dated July 1, 2019. To my knowledge, this version of the Terms remained in effect when Plaintiff's daughter's account was created on July 28, 2019.

[5] Exhibit H is an archived capture of the webpage dated March 3, 2020. To my knowledge, this version of the Terms remained in effect when Plaintiff's daughter's account was created in April 2020.

10. Attached as **Exhibit I** is a true and correct copy of a redline between the First Amended Complaint, ECF No. 19, filed on December 2, 2025, and the SAC, ECF No. 104, which was filed on September 4, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 6, 2026 in Chicago, Illinois.

*/s/ Thomas P. Peabody*
Thomas P. Peabody