# EXHIBIT B

INTERNET ARCHIVE WaybackMachine https://corporate.roblox.com/parents/ Go
3,304 captures
18 Jul 2022 - 25 Sep 2026
MAR APR MAY
05
2022 2023 2024
About this capture




## What is Roblox?

Roblox is a global platform where millions of people gather together every day to imagine, create, and share experiences with each other in immersive, user-generated 3D worlds. The types of gameplay on Roblox are just as limitless as the imagination of the creators themselves.

READ MORE ABOUT ROBLOX

## Build safe digital worlds with Roblox

We continually develop cutting-edge technologies to ensure the Roblox platform remains a safe and fun space for players all over the world.

## Avatar Clothing Detection

An automated detection feature ensures that all players are wearing appropriate attire within the avatar editor and avatar thumbnails.



## Reporting System

Players can report inappropriate chat messages or content by using our Report Abuse system, which is located throughout the site and in-game.







## Chat Filters

Roblox uses a combination of chat filters, both human and software moderation, to proactively remove inappropriate content from the platform.

## Customizable Parental Controls

Parents can limit or disable online chat capabilities, customize access to experiences based on age recommendations, and select options for spending limits.









## Roblox Trust & Safety Advisory Board

We are dedicated to working together with parents and digital safety experts to promote a family-friendly environment that allows all players to imagine, create, and play online. As part of our commitment to community safety, Roblox has formed a Trust & Safety Advisory Board comprised of world-renowned digital safety authorities. We collaborate with the following board members to create a safe and enjoyable environment for everyone.



### Stephen Balkam

Founder & CEO, FOSI

Read More

### Carmel Glassbrook

Project Lead, POSH

Read More

## FAQ

Get answers to your questions about all things in the Roblox universe.

LEARN MORE

**COMPANY**

Careers

Investor Relations

News

**RESOURCES**

For Parents

Education

Digital Well-Being

FAQ

Contact

© & ™ 2023 Roblox Corporation. All Rights Reserved.

Terms • Privacy • Accessibility