# EXHIBIT 15 to Declaration of R. Jit


Includes Free
Virtual Item
$10-$100
ROBLOX
Get Robux and more

$ ______

NO VALUE UNTIL ACTIVATED AT REGISTER

## Redemption Instructions

1. Go to Roblox.com/redeem from your browser
2. Log in or create an account
3. Find your PIN and enter it on the website
4. Spend your credit on Robux or a Roblox Premium subscription

## Terms and Conditions

By purchasing, accepting or redeeming this card, you (or your parent or guardian if you are under 18 years old) agree to these terms and conditions and the Roblox Terms of Use (available at www.roblox.com/termsofuse), which are both subject to change. This card may only be redeemed at www.roblox.com for Roblox credits, which may only be used to purchase Robux or a Roblox Premium Subscription (availability and pricing are subject to change — see https://www.roblox.com/upgrades/robux). This card is not refundable or redeemable for cash, except as required by law. To redeem this card and use Roblox credits, you must have Internet access and register for a Roblox account. Resale is prohibited. Roblox is not responsible if this card is used without your permission or if it is lost, stolen or damaged. This card is issued by and represents an obligation solely of Roblox Prepaid Company, LLC. For the complete terms and conditions including the arbitration agreement and class action waiver, please visit www.roblox.com/giftcardterms.

© 2023 Roblox Corporation. All rights reserved.

**Pin Area**

**NO PRINT AREA**

**Reserved for Encoding**