# EXHIBIT 17
# to Declaration
# of
# R. Jit

# Redeem Roblox Codes

**Enter your gift card, virtual item, or promo code below.**

Code

By redeeming your code, you represent that you, and your parent or legal guardian if you are under age 18, agree to our Terms of Use including the arbitration clause and to our Privacy Policy.

Redeem

**Available Credit: $100** ⓘ

Get Premium

Get Robux

**Additional Information**

How to Redeem Gift Cards (Video)

More Help on Gift Cards

How to Redeem Virtual Item Codes

How to Redeem Promo Codes

How to Use Credit

**Give the Gift of Robux**

Buy Now

**Get a Roblox Gift Card today**

