# EXHIBIT 18
# to Declaration
# of
# R. Jit

# Redeem Roblox Codes

**Enter your gift card, virtual item, or promo code below.**

Code

By redeeming your code, you represent that you, and your parent or legal guardian if you are under age 18, agree to our **Terms of Use** including the arbitration clause and **Gift Card Terms & Conditions** and acknowledge our **Privacy Policy**.

Redeem

**Available Credit: $81.60**

Get Premium | Get Robux

## Additional Information

How to Redeem Gift Cards (Video)

More Help on Gift Cards

How to Redeem Virtual Item Codes

How to Redeem Promo Codes

