**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| JAIMEE SEITZ, individually, and as administrator of the Estate of AUDREE HEINE,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION, DISCORD INC., TIKTOK LLC, TIKTOK INC., AND BYTEDANCE INC.,<br><br>Defendants. | Civil Case No. 2:25-cv-00166-DLB-CJS<br><br>Chief Judge David L. Bunning |

**DEFENDANT ROBLOX CORPORATION'S NOTICE OF FILING**

**PLEASE TAKE NOTICE THAT**, after consulting with the Court's Chambers on October 7, 2026, Defendant Roblox Corporation ("Roblox"), submits this Notice explaining Roblox's filings associated with its Motion to Compel Arbitration (Redacted) [Dckt. No. 112], Declaration of Ronita Jit (Redacted) [Dckt. No. 112-1] Exhibits 2 [Dckt. Nos. 1112-3] and 3 [Dckt. Nos. 1112-4] to the Declaration of Ronita Jit (Redacted), and the Agreed Motion for Leave to Seal a Document [Dckt. No. 113], and sealed document [Dckt. No. XX]:

1. On October 6, 2026, Roblox filed a Motion to Compel Arbitration (Redacted) [Dckt. No. 112], Declaration of Ronita Jit (Redacted) [Dckt. No. 112-1], Exhibit 2 to the Declaration of Ronita Jit (Redacted)[Dckt. No. 115-3], and Exhibit 2 to the Declaration of Ronita Jit (Redacted)[Dckt. No. 115-4], all of which were redacted because they contained personally identifying information associated with a minor.

2. On October 6, 2026, Roblox also filed a Motion for Leave to Seal a Document [Dckt. No. 113] in order to filed the redacted documents in its Motion to Compel Arbitration in an unredacted form [Dckt. Nos. 112, 112-1, 112-3and 95-4].

3. For reasons outside of the October 7th filing counsel's knowledge, the sealed document event that Roblox's counsel attempted to next use to submit the sealed document prevented the filing counsel from submitting the sealed document. More specifically, the filing system stated that the then-filing counsel lacked credentials to submit a sealed document.

4. The filing counsel contacted the ECF Help Desk and was informed she does not have access to file under seal. The undersigned counsel is, therefore, filing the above stated documents under seal and, consistent with prior advice from the Court's chambers regarding a similar issue in this case, filing this notice explaining the reasoning for the delayed filing of the unredacted documents.

5. The undersigned counsel has successfully filed the redacted documents under seal. [Dckt. No. 116].

Dated: October 7, 2026

Respectfully submitted,

By: */s/ Mitchel T. Denham*

Bruce Benjamin Paul
Mitchel Terence Denham
MCBRAYER PLLC - LOUISVILLE
500 W. Jefferson Street
Suite 2400
Louisville, KY 40202
502-783-6245
bpaul@mcbrayerfirm.com
mdenham@mcbrayerfirm.com

Tiana Demas (*pro hac vice*)
Thomas P. Peabody (*pro hac vice*)
Jamie D. Robertson (*pro hac vice*)
COOLEY LLP
110 N. Wacker drive, Suite 4200
Chicago, IL 60606
Telephone: +1 312 881 6500
Facsimile: + 1 312 881 6598
tdemas@cooley.com
tpeabody@cooley.com
jdrobertson@cooley.com

Max. A. Bernstein (*pro hac vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415-693-2000
Facsimile: +1 415-693-2222
mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing was served via the CM/ECF system, which sent a notice of electronic filing to all counsel of record, on this 7th day of October 2026.

By: */s/ Mitchel T. Denham*
Mitchel T. Denham